# EXHIBIT A

# CURRICULUM VITAE

NAME:                              Norman Stanley, Miller, M.D., J.D.

MEDICAL EDUCATION:                 St. Ambrose College
                                   Davenport, Iowa
                                   September 1961 – June 1962

                                   Bachelor of Arts (Psychology/Philosophy)
                                   University of Michigan
                                   Ann Arbor, Michigan
                                   September 1962 – June 1966

                                   University of Michigan
                                   Ann Arbor, Michigan
                                   July 1966 – December 1968

                                   Howard University
                                   College of Medicine
                                   Washington DC
                                   September 1969 – June 1970

                                   Medical Doctor Degree – 1974
                                   Howard University
                                   College of Medicine
                                   Washington DC
                                   September 1971 – May 1974

                                   University of Michigan Health System
                                   Ann Arbor, Michigan
                                   Internship
                                   July 1974 – June 1975

                                   Residency in Pathology
                                   Pritzker School of Medicine
                                   University of Chicago
                                   Chicago, Illinois
                                   July 1975 – January 1976

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 2


MEDICAL EDUCATION:                          Residency in Internal Medicine
                                            University of Chicago
                                            Chicago, Illinois
                                            February 1976 – June 1976

                                            Residency in Pathology
                                            University of California
                                            Los Angeles, California
                                            July 1976 – October 1976

                                            Residency in Psychiatry
                                            The Johns Hopkins Hospital
                                            Baltimore, Maryland
                                            February 1977 – August 1978

                                            Residency in Neurology
                                            Georgetown University Hospital
                                            Washington D.C.
                                            January 1979 – June 1979

                                            Residency in Neurology
                                            University of Minnesota
                                            Minneapolis, Minnesota
                                            July 1979 – March 1982

                                            Residency in Psychiatry
                                            University of Minnesota
                                            Minneapolis, Minnesota
                                            April 1982 – September 1982

                                            Fellowship in Clinical Pharmacology
                                            University of Minnesota
                                            Minneapolis, Minnesota
                                            October 1982 – September 1984

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 3


LEGAL EDUCATION:                      Michigan State University
                                      College of Law
                                      East Lansing, Michigan
                                      Juris Doctor Degree
                                      May 2004


BOARD CERTIFICATION:                  Diplomate, National Board of Medical Examiners
                                      1975

                                      Diplomate in Neurology, American Board of
                                      Psychiatry and Neurology – 1985

                                      Diplomate in Psychiatry, American Board of
                                      Psychiatry and Neurology – 1987

                                      Certified, American Society of Addiction Medicine
                                      1991 (no recertification)

                                      Diplomate, Added Qualification in Addiction
                                      Psychiatry, American Board of Psychiatry and
                                      Neurology – 1993  (Recertified 2009 – 2019)

                                      Diplomate, Subspecialty Certification in Forensic
                                      Psychiatry, American Board of Psychiatry and
                                      Neurology 1999  (Recertified 2009 – 2019)


MEDICAL LICENSES:                     American Psychological Association #061067
                                      Michigan 03744 (current)
                                      Illinois 036-051876 (lapsed)
                                      California G33176 (lapsed)
                                      Maryland D20452 (lapsed)
                                      Minnesota 0252832 (lapsed)
                                      Kansas 20943 (lapsed)
                                      New Jersey MA49199 (lapsed)
                                      Missouri MDR3G16 (lapsed)
                                      New York 168025-1 (lapsed)
                                      Nevada 8809 (lapsed)

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 4

| | |
|---|---|
| STATE BAR ADMISSION: | Admitted to State Bar of Michigan<br>P-68199<br>May 19, 2005 |
| OFFICE ADDRESS: | 2760 East Lansing Drive<br>Suite 3<br>East Lansing, Michigan 48823<br>517.507.0407<br>Email:  norman.miller@ht.msu.edu |
| HOSPITAL POSITIONS: | Medical Staff, Sparrow/St. Lawrence Health Systems, Lansing, Michigan<br><br>Medical Staff, DMC/Detroit Receiving Hospital Detroit, Michigan<br><br>Medical Staff, Pine Rest Christian Mental Health Services, Grand Rapids, Michigan<br><br>Medical Staff, Saint Mary's Health Systems Grand Rapids, Michigan<br><br>Medical Staff, Covenant Health Systems Saginaw, Michigan<br><br>Medical Staff, Saint Mary's of Michigan Saginaw, Michigan |
| ACADEMIC POSITION: | Courtesy Professor of Psychiatry<br>Department of Psychiatry<br>University of Florida<br>Gainesville, Florida |

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 5

HONORS AND ACHIEVEMENTS:

Best Doctors, First Selected in 1996
The Best Doctors in America
2007 – 2008

America's Top Doctors, The Best in American
Medicine, Castle Connolly Medical Ltd.
2004

America's Top Doctors, The Best in American
Medicine, Castle Connolly Medical Ltd.
2003

America's Top Doctors, The Best in American
Medicine, Castle Connolly Medical Ltd.
2002

Who's Who, Executives in America
1997

Who's Who, International
1994

Honorable Mention Award, American Medical
Writers' Association, for *Comprehensive Handbook
of Drug and Alcohol Addiction*
1992

Who's Who in America, 46th Edition
1990

Alpha Omega Alpha
1974

Medical Student Tutorial Scholarship
National Institutes of Health
1973

Medical Student Research Grant
National Institutes of Health
1972

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 6

PAST POSITIONS:
ACADEMIC

Professor of Psychiatry
College of Medicine
Central Michigan University
Saginaw, Michigan
April 2013 – March 2014

Professor of Psychiatry
College of Human Medicine
Michigan State University
East Lansing, Michigan
August 1998 – August 2005

Director of Addiction Medicine
College of Human Medicine
Michigan State University
East Lansing, Michigan
August 1998 – August 2005

Chief, Division of Addiction Programs
Department of Psychiatry, College of Medicine
University of Illinois at Chicago
Chicago, Illinois
March 1993 – January 1998

Associate Professor of Psychiatry
Department of Psychiatry, College of Medicine
University of Illinois at Chicago
Chicago, Illinois
July 1991 – August 1998

Assistant Professor of Psychiatry
Cornell University Medical College
New York, New York
February 1988 – June 1991

Assistant Professor of Psychiatry
Department of Psychiatry
University of Kansas Medical School
Kansas City, Kansas
May 1985 – September 1986

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 7


PAST POSITIONS:                          Medical Staff and Attending Physician
HOSPITAL                                 Addiction Detoxification Unit
                                         St. Lawrence Hospital, Sparrow Health Systems
                                         Lansing, Michigan
                                         February 1998 –

                                         Associate Attending Physician
                                         The University of Illinois at Chicago
                                         Chicago, Illinois
                                         July 1991 – January 1998

                                         Assistant Attending Psychiatrist
                                         The New York Hospital/Cornell Medical Center
                                         Westchester Division
                                         White Plains, New York
                                         February 1988 – June 1991

                                         Director, Alcohol and Drug Treatment Service
                                         New York Hospital/Cornell Medical Center
                                         Westchester Division
                                         White Plains, New York
                                         February 1988 – June 1991

                                         Director, Alcohol and Drug Treatment Unit
                                         Fair Oaks Hospital
                                         Summit, New Jersey (*Closed*)
                                         February 1987 – January 1988

                                         Director, Drug Abuse Treatment Service
                                         Falkirk Hospital (Fair Oaks Group)
                                         Central Valley, New York (*Closed*)
                                         October 1986 – January 1987

                                         Director, Psychiatry Emergency Service
                                         Attending Psychiatrist, Inpatient Service
                                         University of Kansas Medical School
                                         Kansas City, Kansas
                                         May 1985 – September 1986

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 8

PAST POSITIONS:          Neurology Staff, North Memorial Hospital
HOSPITAL                 St. Mary's Hospital (*Closed*), Fairview
                         Southdale Hospital, Minneapolis;
                         Mercy Hospital, Coon Rapids, Minnesota
                         April 1982 – May 1985

                         Medical Staff, St. John's Hospital, Chemical
                         Dependence Treatment Unit, St. Paul,
                         Minnesota (*Closed*)
                         November 1980 – May 1985

                         Neurology Staff, St. Paul Ramsey Medical Center
                         St. Paul, Minnesota
                         October 1984 – April 1985

MEDICAL SOCIETIES:       Member, Michigan Psychiatric Society
                         1999 – 2001

                         Member, Illinois Psychiatric Society
                         1997 – 1998

                         Fellow, American Society of Addition Medicine
                         (ASAM) – 1997

                         Fellow, American Psychopathological Association
                         (APPA)  1992 – 1998

                         Member, International Society for Biomedical
                         Research on Alcoholism (ISBRA) 1988 – 1998

                         Member, Association for Medical Education and
                         Research in Substance Abuse (AMERSA)
                         1987 – 1996

                         Member, Research Society on Alcoholism (RSA)
                         1987 – 1996

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 9

| | |
|---|---|
| MEDICAL SOCIETIES: | Member, American Academy of Psychiatrists in Alcoholism and Addictions  (AAPAA) 1986 – 1996 |
| | Member, American Academy of Clinical Psychiatrists (AACP) 1985 – 1999 |
| | Member, American Society of Addiction Medicine (ASAM) 1985 – 2000 |
| | Member, American Psychiatric Association (APA) 1985 – 2000 |
| UNIVERSITY AND DEPARTMENTAL COMMITTEES: | Member, Promotion and Tenure Committee College of Human Medicine Michigan State University (MSU) 2003 – |
| | Clinical Interviews of candidates for admission to College of Human Medicine (MSU) 2001 – |
| | Member, Faculty Search Committee Department of Psychiatry (MSU) 2001 – |
| | Member, Expert Panel for Alcohol Problems Michigan State University (MSU) 1999 – 2000 |
| | Member, Curriculum Development Group Disorders of Behavior and Development Block II, College of Human Medicine (MSU) 1999 – |
| | Member, Medical Education Committee Department of Psychiatry (MSU) 1999 – |

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 10


UNIVERSITY AND DEPARTMENTAL
COMMITTEES:

Member, Utilization Management Coordinator
University of Illinois at Chicago (UIC)
1995 – 1998

Member, Research Committee
College of Medicine (UIC)
1994 – 1998

Member, Physicians Directors Committee (UIC)
1994 – 1998

Member, Curriculum Committee
College of Medicine (UIC)
1994 – 1998

Member, Continuing Medical Education (CME)
Committee, College of Medicine (UIC)
1993 – 1998

Member, Dean's Research Committee
College of Medicine (UIC)
1993 – 1998

Member, Resident Recruitment Committee
Department of Psychiatry (UIC)
1992 – 1998


NATIONAL AND LOCAL
COMMITTEES AND BOARDS:

Member, Controlled Substance Advisory
Commission, State of Michigan
2000 – 2004

Alternate Regional Director (Region II)
American Society of Addiction Medicine
2001 – 2004

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 11

| NATIONAL AND LOCAL COMMITTEES AND BOARDS: | Chair, Treatment Improvement Protocol, "Detoxification and Treatment" Engagement Center for Substance Abuse Treatment Substance Abuse Administration Mental Health Service, Human Health Service 2000 – |
|---|---|
| | Regional Director (Region VI), Board Member American Society of Addiction Medicine (ASAM) 1997 – 2001 |
| | Medical Consultant, Department of Alcoholism and Substance Abuse (DASA) Chicago and Springfield, Illinois 1996 – 1998 |
| | Member, Publications Committee, ASAM 1995 – 2000 |
| | Chair, Nomenclature Committee, ASAM 1995 – 2003 |
| | President, Illinois Society of Addiction Medicine (ISAM)  1998 – 1999 |
| | Member, Task Force on Treatment for Office of National Drug Control Policy (ONDCP) Office of the President of the United States Washington DC 1994 – 1996 |
| | Member, Research Committee, American Academy of Psychiatrists in Alcoholism and Addiction (AAPAA)  1994 – 1998 |
| | Member, Center for Substance Abuse Treatment (CSAT) on Screening, Assessment, and Treatment Planning for Patients with Coexisting Mental Illness And Alcohol and Other Drug (AOD) Abuse 1993 |

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 12

NATIONAL AND LOCAL
COMMITTEES AND BOARDS:

Member, Pharmacologic Issues, ASAM
1992 – 1994

Chair, Publications Committee, ISAM
1992 – 1999

Chair, Dual Diagnosis Committee, ASAM
1991 – 1999

Program Committee, Medical-Scientific
Conference for ASAM Meeting
1990 –

Co-Chair, Task Force for Undergraduate Medical
Education, AMERSA
1990 – 1993

Board of Directors, National Council on Alcoholism
And Drug Addictions, Westchester, Inc.
1989 – 1991

Director, Region One, Ruth Fox Endowment Fund
Committee for ASAM
1989 – 1991

Program Committee, AMERSA National Conference
for 1990
1989 – 1991

Program Committee, AAPAA Meeting 1990
1989 – 1990

Member, Research and Development Committee
ASAM
1989 – 1991

Consultant, Kansas State Board of Healing Arts
1985 – 1987

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 13

| | |
|---|---|
| NATIONAL AND LOCAL COMMITTEES AND BOARDS: | Human Subjects Committee University of Kansas Medical Center 1985 – 1986 |
| | Member, Impaired Physicians Committee State of Kansas 1985 – 1986 |
| | Member, Board of Trustees, Omegon, Inc., and Pharm Center Treatment Facilities Minneapolis, Minnesota 1984 – 1985 |
| INSTITUTIONAL RESPONSIBILITIES: RECENT EXTRAMURAL RESEARCH FUNDING: | Great Lakes Regional Node National Institute of Drug Abuse Submitted March 2000 5% of salary year one and 10% years 2000 – 2003 |
| SUBMITTED EXTRAMURAL RESEARCH FUNDING: | Assessment of Core Competencies National Institutes of Alcoholism and Alcohol Abuse. Submitted July 2003 $800,000 for 3 years – Revision to be submitted 2005. |
| | Policy for Prescribing Opiate Analgesic Medications:  Risk Versus Benefits $100,000 for 2 years.  To be submitted to Robert Johnson Foundation 2005. |
| | Pain Response to Cessation and Withdrawal from Opiate Analgesic Medications. To be submitted to National Institutes of Drug Abuse 2005. |

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 14

| | |
|---|---|
| PAST EXTRAMURAL RESEARCH FUNDING: | Co-Principal Investigator, Prescription Monitoring: Physician Attitudes and Patterns, NIH. Principal Investigator:  Stephanie Y. Crawford, Ph.D. (Total costs:  $155,979.)   1998 – 2000 |
| | Co-Investigator, Miller NS, Lyons JS.  Substance Use Disorders and Health Services Utilization Among Women.  Program for Mental Health Services Research on Women and Gender.  Flaherty J (PI). National Institutes of Health.  Funded 1995 ($10,000)  1996 – 1997 |
| | Blood Markers for Alcoholics and High Risk Individuals for Development of Alcoholism. Walker Foundation, Minneapolis, Minnesota ($20,000) 1985 – 1986 |
| | Membrane Fluidity in Erythrocytes as a Measure Of Tolerance and Dependence to Alcohol and Drugs.  AODAP, University of Minnesota ($5,000) 1984 – 1985 |
| | Prolactin and Hypothalamic Releasing Factors. National Institute of Health, Bethesda, Maryland ($5,000) 1972 |
| CURRENT RESIDENT TEACHING: MICHIGAN STATE UNIVERSITY | Psychiatry Rotation in Addiction Medicine at Sparrow/St. Lawrence 12 months a year. 2000 – Present |
| | Seminars (6) in Addiction Medicine for PGY III/IV Psychiatry Residents, 1998 – 2005 |
| | Seminars (6) in Addiction Medicine for PGY I Psychiatry Residents, 1998 – 2005 |

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 15

CURRENT RESIDENT TEACHING:
MICHIGAN STATE UNIVERSITY

Seminars (3) in Addiction Medicine for PGY II
Medicine Residents, Fall 1998 – 2005

Seminars (3) in Addiction Medicine for PGY II
Medicine Residents, Spring 1999 – 2005

Seminars (2) in Forensic Psychiatry for PGY III
Psychiatry Residents – Fall 2003

Clinical Interviews, Second-year Medical Students
College of Human Medicine – 2001 – 2005

PAST RESIDENT TEACHING:
UNIVERSITY OF ILLINOIS
AT CHICAGO

PGY-1 Course:  Biological Psychiatry (4 lectures)
1991 – 1998

PGY-1 Course:  Introduction to Alcohol/Drug
Addiction, Course Director, 1991.  Didactic sessions
given:  (1) Epidemiology; (2) Long-term recovery;
(3) Neurochemical models, 1991 – 1998

Supervision of PGY-I Residents in Emergency Room
UIC Hospital, 1994 – 1996

PGY-II Course:  Psychopathology (4 lectures)
1991 – 1994

Supervision of PGY-II Residents for Addiction
Psychiatry Team on 8E (Inpatient Psychiatry Unit)
at UIC Hospital, 1994 – 1998

Supervision of PGY-III residents in Outpatient
Alcohol Treatment Program, WSVAMC, 1992 –
1994

Supervision of PGY-III residents in Outpatient
Addiction Treatment Program at UIC College of
Medicine, 1992 – 1998

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 16


PAST RESIDENT TEACHING:
UNIVERSITY OF ILLINOIS
AT CHICAGO

Supervision of PGY-IV Residents for Electives/ Selectives in Addiction Psychiatry at UIC College of Medicine, 1992 – 1998

Supervision of Medical Residents on Addiction Psychiatry Consultation Liaison Service, UIC Hospital, and Electives in the Outpatient Program for Addictions Treatment (OPAT), Department of Psychiatry, 1993 – 1998


MEDICAL STUDENT TEACHING:
MICHIGAN STATE UNIVERSITY

Problem Based Learning, Disorders of Behavior and Development, Preceptor Fall, 1998

Problem Based Learning, Neuromuscular and Mental Disorders, Preceptor, 1999, 2001, 2004

Member, Curriculum Development Group, Problem Based Learning, Disorders of Behavior and Development, 1999 – Present

Problem Based Learning in Block II, Disorders of Development Behavior Domain, Lecture Series: (1) Epidemiology and Study of Alcohol Use and Disorder; (2) Biology of Addictive Disease, 1999, 2001, 2002, 2003, 2004

Clinical Interviews, Second Year Medical Students College of Human Medicine, 2001 – 2003


RECENT MEDICAL STUDENT TEACHING:
UNIVERSITY OF ILLINOIS
AT CHICAGO

M1-Year:  Introduction to the Patient:  Small Group Leader

M2-Year:  Psychopathology Course: *Psychoactive Substance Use Disorders* (2 lectures)

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 17


RECENT MEDICAL STUDENT TEACHING:
UNIVERSITY OF ILLINOIS
AT CHICAGO

M3-Year:  Clinical Clerkship:  Inpatient Psychiatric Unit, Dual Diagnosis Team.  Junior clerkship series every eight weeks.  *Interviewing Patients with Alcohol/ Drug Disorders.  Acute Treatment of Patients with Addictive Disorders.  Long-Term Recovery of Patients with Addictive Disorders*

M4-Year:  Electives in Clinical Clerkships and Research in Addictive Disorders


PAST TEACHING RESPONSIBILITIES:
1988 – 1991

Cornell University Medical College Member Education Committee for first-year residency program since February 1988

Coordinator of medical student teaching for alcohol and drug problems since February 1988

Weekly seminar for third-year medical students on alcohol and drug disorders February 1988 – Present

As Unit Chief, direct supervision of first-year residents in all years

Coordinator of course elective for medical students in alcohol and drug problems since February 1988

Grand Rounds, Westchester Division.  Cocaine, Alcohol, and Cannabis:  A Trilogy.  June 1988

Supervision of residents (2) in clinical research in alcohol and drug diagnosis

Supervision of Neuropsychological Fellows in clinical and research activities

Participation in lectures on alcohol and drug treatment to fourth-year residents

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 18

| PAST TEACHING RESPONSIBILITIES: 1988 – 1991 | Participation in lecture series to third-year residents on alcohol and drug outpatient treatment |
|---|---|
| | Lectures on diagnosis and treatment of alcohol and drug withdrawal states to second-year residents |
| | Alcohol and drug consultant to third-year residents in Outpatient Department.  February 1988 – Present |
| | Lecture series to Geriatric Fellows, since February 1988 |
| | Psychopharmacology Seminar Series – Biology and Pharmacology of Cocaine Addiction February 1989; case conferences |
| 1985 – 1986 | Medical Students and Psychiatry Residents, Clinical Supervision and Didactic Lectures in Psychiatry, Alcohol and Drugs, University of Kansas Medical School, Kansas City, Kansas |
| 1984 – 1985 | Medical Students, Neurology, University of Minnesota Medical School, Minneapolis, Minnesota |
| 1983 – 1985 | Psychiatric Residents, Didactic Lectures on Alcohol and Drug Problems, University of Minnesota, |
| 1983 – 1985 | Medical and Dental Students, Lecturer in Pharmacology, University of Minnesota |
| 1973 – 1974 | Medical Student Tutor, National Institutes of Health, Howard University, Washington DC |
| 1966 – 1967 | Teaching Fellow in Microbiology, National Institutes of Health, University of Michigan, Ann Arbor, Michigan |

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 19

EDITORIAL ACTIVITIES:

<u>Editor</u>:  *Principles of Addiction Medicine*.  American Society of Addiction Medicine, First Edition

*Detoxification and Engagement*, Treatment Improvement Protocol, SAMHSA, Center for Substance Abuse Treatment, U.S. Government

<u>Editorial Board</u>:  *Alcoholism Treatment Quarterly*

*The American Journal of Drug and Alcohol Abuse*

*Annals of Clinical Psychiatry*

*Journal of Addictive Diseases*

*Journal of Substance Abuse Treatment*

*Psychiatric Annals*

*Science Matters* Newsletter, Field Editor in Psychiatry (past)

*American Journal of Preventative Psychiatry and Neurology* (past)

<u>Reviewer</u>:  *Alcoholism:  Clinical and Experimental Research*

*American Family Physician*

*The American Journal of Psychiatry*

*The American Journal on Addictions*

*Hospital and Community Psychiatry*

*Journal of the American Medical Association*

*Journal of Clinical Psychopharmacology*

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 20

EDITORIAL ACTIVITIES:                        <u>Advisory Board</u>.  DSM-IV Work Group on Alcohol and
                                             Substance Use Disorder.  American Psychiatric Association

PUBLICATIONS:                                Botzler RG, <u>Miller NS</u>, Kahn RL:  Comparative Localizing
REFERRED JOURNAL                             Response of Inflammatory and Irradiated Tissues to
ARTICLES                                     Injected Protein.  *Proceedings of the Society for
                                             Experimental Biology and Medicine* 124:153-154, 1967.

                                             Botzler RG, <u>Miller NS</u>, Kahn RL:  Anti-localization Following
                                             Minimal Focal X-irradiation.  *Radiation Research* 30:634-
                                             639, 1967.

                                             Verly G, <u>Miller NS</u>, Pressoir R, Kahn RL, Buggs CW:  Anti-
                                             localization of Cancer Cells Injected in Irradiated Area of
                                             Rats.  *Proceedings of the Society for Experimental Biology
                                             and Medicine* 133:1453-1455, 1970.

                                             <u>Miller NS</u>:  A Blood Marker for the Pharmacodynamics
                                             Tolerance to Alcohol.  *Journal of Substance Abuse
                                             Treatment* 4:93-102, 1987.

                                             <u>Miller NS</u>:  A Peripheral Blood Marker for Alcoholism.
                                             *Journal of Substance Abuse* 8:53-59, 1987.

                                             <u>Miller NS</u>, Gold MS:  The Diagnosis and Treatment of
                                             Alcohol Dependence.  *New Jersey Medicine* 84(12): 873-
                                             879, 1987.

                                             <u>Miller NS</u>, Dackis CA, Gold MS:  The Relationship of
                                             Addiction, Tolerance and Dependence to Alcohol and
                                             Drugs:  A Neurochemical Approach.  *Journal of Substance
                                             Abuse Treatment* 4:197-207, 1987.

                                             <u>Miller NS</u>, Goodwin DG, Jones FC, Pardo MP, Anand MM,
                                             Gabrielli WF, Hall TB:  Histamine Receptor Antagonism of
                                             Intolerance to Alcohol.  *Journal of Nervous and Mental
                                             Disease* 75(11):661-667, 1987.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 21

PUBLICATIONS:
REFERRED JOURNAL
ARTICLES

Penick EC, Powell BJ, Bingham SF, Liskow BI, Othmer
<u>Miller NS</u>:  Comparative Study of Familial Alcoholism.
*Journal of Studies on Alcohol* 48(2):136-146, 1987.

Powell BJ, <u>Miller NS</u>, Read RM, Penick EC, Liskow BI,
Bingham SF:  Primary-Secondary Depression in Alcoholic
Men:  An Important Distinction. *Journal of Clinical
Psychiatry* 48(3):98-101, 1987.

Cocores JA, <u>Miller NS,</u> Gold MS, Pottash ALC:  Sexual
Dysfunction in Abusers of Cocaine and Alcohol.  *American
Journal of Drug and Alcohol Abuse* 14(2):169-173, 1988.

<u>Miller NS</u>, Gold MS:  Cocaine and Alcoholism:  Distinct or
Part of a Spectrum. *Psychiatric Annals* 18(9):538-539,
1988.

<u>Miller NS</u>, Gold MS:  The Human Sexual Response and
Alcohol and Drugs. *Journal of Substance Abuse Treatment*
5(3):171-177, 1988.

<u>Miller NS</u>, Gold MS:  The Prevalence of Alcohol
Dependence in Cocaine Dependence in an Inpatient
Population. *Journal of Substance Abuse Treatment* 6:37-
40, 1988.

<u>Miller NS,</u> Gold MS, Millman RB:  "PCP":  A Dangerous
Drug. *American Family Physician* 38(3):215-218, 1988.

<u>Miller NS</u>, Nance MA, Brummitt CF, Joh KB, Nichol K, Gold
MS:  Fungal Infection Associated with Intravenous Drug
Abuse:  A Case of Localized Cerebral Phycomycosis.
*Journal of Clinical Psychiatry* 49(8):320-322, 1988.

<u>Miller NS</u>, Gold MS, Pottash ALC, Sternberg DE, Dackis CA:
The Diagnosis of Alcohol Addiction (Alcoholism). *New York
State Journal of Medicine* 88(9):476-481, 1988.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 22

PUBLICATIONS:
REFERRED JOURNAL
ARTICLES

<u>Miller NS</u>, Goodwin DG, Jones FC, Pardo MP, Anand MM, Gabrielli WF, Hall TB: Combined Antihistamine Antagonism of Flushing Reaction to Alcohol. *Journal of Studies on Alcohol* 49(1):16-20, 1988.

Giannini AJ, <u>Miller NS</u>:  A Drug Abuse Primer:  The Biopsychiatric Approach. *American Family Physician* 40(5):173-181, 1989.

<u>Miller NS</u>, Frances RJ:  Cornell University Medical College: A Tradition in the Treatment of Alcoholism. *Journal of Substance Abuse Treatment* 6(3):201-204, 1989.

<u>Miller NS</u>, Gold MS:  Alcoholism:  Medical and Psychiatric Complications. *Kansas Medicine* 90(12):339-343, 1989.

<u>Miller NS</u>, Gold MS:  The Diagnosis of Marijuana (Cannabis) Dependence. *Journal of Substance Abuse Treatment* 6:183-192, 1989.

<u>Miller NS</u>, Gold MS:  DSM-III-R Substance Use Disorders Reviewed. *The American Journal of Drug and Alcohol Abuse* 15(2):223-230, 1989.

<u>Miller NS</u>, Gold MS:  Identification and Treatment of Benzodiazepine Abuse. *American Family Physician* 40(4):175-183, 1989.

<u>Miller NS</u>, Gold MS:  Sedative/Hypnotics:  Pharmacology and Use. *Journal of Family Practice* 29(6):665-670, 1989.

<u>Miller NS</u>, Katz JL:  The Neurological Legacy of Psychoanalysis:  Freud as a Neurologist. *Comprehensive Psychiatry* 30(2):128-134, 1989.

<u>Miller NS</u>, Millman RB:  A Common Cause of Alcoholism. *Journal of Substance Abuse Treatment* 4(6):41-43, 1989.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 23

PUBLICATIONS:
REFERRED JOURNAL
ARTICLES

Miller NS, Mirin SM:  Other Drug Use in Alcoholics: Theoretical Practical Implications. *Psychiatric Annals* 19(5):248-255, 1989.

Miller NS, Gold MS, Belkin BM:  Laboratory Testing for Drug Abuse and Addiction. *Annals of Clinical Psychiatry* 1(4):227-236, 1989.

Miller NS, Gold MS, Millman RB:  Amphetamines: Pharmacology Use and Addictions. *Advances in Alcohol and Substance Abuse* 8(2):53-69, 1989.

Miller NS, Gold MS, Millman RB:  Cocaine. *American Family Physician* 9(2):115-120, 1989.

Miller NS, Gold MS, Millman RL:  Cocaine: General Characteristics, Abuse and Addiction. *New York State Journal of Medicine* 89(7):390-395, 1989.

Miller NS, Gold MS, Millman RL:  The Prevalence of Alcohol Dependence in Cocaine Dependence in an Inpatient Population. *Annals of Clinical Psychiatry* 1(2):93-97, 1989.

Miller NS, Gold MS, Pottash ALC:  Fair Oaks Clinical Research. *British Journal of Addiction* 84:599-606, 1989.

Miller NS, Gold MS, Belkin BM, Klahr AL:  The Diagnosis of Alcohol and Cannabis Dependence in Cocaine Dependents and Alcohol Dependence in Their Families. *British Journal of Addiction* 84:1491-1498, 1989.

Miller NS, Gold MS, Pottash ALC:  A 12-Step Treatment Approach for Marijuana (Cannabis) Dependence. *Journal of Substance Abuse Treatment* 6:241-250, 1989.

Miller NS, Gold MS, Belkin BM, Klahr AL:  The Family History and Diagnosis of Alcohol Dependence in Cocaine Addicts. *Psychiatry Research* 29:113-121, 1989.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 24


PUBLICATIONS:
REFERRED JOURNAL
ARTICLES

Kalayam B, Alexopoulos GS, Miller NS:  Complex Visual Hallucinations.  *Annals of Clinical Psychiatry* 2(1):29-32, 1990.

Miller NS:  Alcohol Dependence in the Elderly.  *American Journal of Preventive Psychiatry and Neurology* 4:11-15, 1990.

Miller NS:  Benzodiazepine Use, Abuse, and Addiction: Prevention.  *American Journal of Preventive Psychiatry and Neurology* 2(4):16-22, 1990.

Miller NS:  The Contemporary Alcoholic.  *New Jersey Medicine* 87(1):35-39, 1990.

Miller NS:  The Disease Concept of Drug and Alcohol Addiction:  An Analysis of Current Status.  *American Journal of Preventive Psychiatry and Neurology* 2(2)1-5, 1990.

Miller NS, Millman RB, Keskinen S:  Outcome at Six and Twelve Months Post Inpatient Treatment for Cocaine and Alcohol Dependence.  *Advances in Alcohol and Substance Abuse* 9(3/4):101-120, 1990.

Miller NS, Giannini AJ:  The Disease Model of Addiction:  A Biopsychiatrist's View.  *Journal of Psychoactive Drugs* 22(1):83-85, 1990.

Miller NS, Gold MS:  Benzodiazepines:  Dependence Syndrome.  *Journal of Psychoactive Drugs* 22(1):23-33, 1990.

Miller NS, Gold MS:  Benzodiazepine Dependence:  Reconsidered.  *Advances in Alcohol and Substance Abuse* 8(3/4):67-84, 1990.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 25


PUBLICATIONS:
REFERRED JOURNAL
ARTICLES

<u>Miller NS</u>, Gold MS, Klahr AL:  The Diagnosis of Alcohol and Cannabis Dependence (Addiction) in Cocaine Dependence (Addiction).  *The International Journal of the Addictions* 25(7):735-744, 1990.

<u>Miller NS</u>, Gold MS:  The Disease and Adaptive Models of Addiction:  A Reevaluation. *Journal of Drug Issues* 20(1):29-37, 1990.

<u>Miller NS</u>, Gold MS:  Organic Solvents and Aerosols:  An Overview of Abuse and Dependence.  *Annals of Clinical Psychiatry* 2(2):85-92, 1990.

<u>Miller NS</u>, Mahler JC:  Pharmacodynamic Tolerance as a Peripheral Blood Marker for Alcoholics. *Advances in Alcohol and Substance Abuse* 9(3/4):43-52, 1990.

<u>Miller NS</u>, Mahler JC:  A Review of Characteristics of the Multiple Addicted Alcoholic and Drug Addict. *American Journal of Preventive Psychiatry and Neurology* 2(4):6-10, 1990.

<u>Miller NS</u>, Belkin BM, Gold MS:  Co-synchronous Use of Alcohol and Drugs.  *New York State Journal of Medicine* 90(12):596-600, 1990.

<u>Miller NS</u>, Gold MS, Belkin BM:  The Diagnosis of Alcohol and Cannabis Dependence in Cocaine Dependence. *Advances in Alcohol and Substance Abuse* 8(3/4):33-42, 1990.

<u>Miller NS</u>, Gold MS, Mahler JC:  A Study of Violent Behaviors Associated with Cocaine Use:  Theoretical and Pharmacological Implications.  *Annals of Clinical Psychiatry* 2(1):67-72, 1990.

<u>Miller NS</u>, Giannini JA, Gold MS, Philomenn J:  Drug Testing:  Medical, Legal and Ethical issues. *Journal of Substance Abuse Treatment* 7(4):239-244, 1990.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 26

PUBLICATIONS:
REFERRED JOURNAL
ARTICLES

<u>Miller NS</u>, Gold MS, Belkin BM, Klahr AL:  Marijuana Use in Cocaine Addicts.  *New York State Journal of Medicine* 90:491-492, 1990.

<u>Miller NS</u>:  Drug and Alcohol Addictions as Diseases. *Alcoholism Treatment Quarterly* 8:4, 1991.

<u>Miller NS</u>:  Introduction, Benzodiazepines:  A Major Problem.  *Journal of Substance Abuse Treatment* 8(1/2): 3-9, 1991.

<u>Miller NS</u>, Chappel J:  History of the Disease Concept. *Psychiatric Annals* 21(1):1-8, 1991.

<u>Miller NS</u>, Cocores JA, Belkin B:  Nicotine Dependence: Diagnosis, Chemistry and Pharmacological Treatments. *Annals of Clinical Psychiatry* 3(1):47-53, 1991.

<u>Miller NS</u>, Giannini AJ:  Drug Misuse in Alcoholics.  *The International Journal of the Addictions* 28(8):851-857, 1991.

<u>Miller NS</u>, Gold MS:  Abuse, Addiction, Tolerance and Dependence to Benzodiazepines:  In Medical and Non-medical Populations.  *American Journal of Alcohol and Drug Abuse* 17(1):27-39, 1991.

<u>Miller NS</u>, Belkin BM, Gold MS:  Alcohol and Drug Dependence Among the Elderly:  Epidemiology, Diagnosis, and Treatment.  *Comprehensive Psychiatry* 32(2):153-165, 1991.

<u>Miller NS</u>, Gold MS:  Dependence Syndrome:  A Critical Analysis of Essential Features.  *Psychiatric Annals* 21(5):282-290, 1991.

<u>Miller NS</u>, Gold MS:  Dual Diagnoses:  Psychiatric Syndromes in Alcoholism and Drug Addiction.  *American Family Physician* 43(6):2071-2076, 1991.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 27


PUBLICATIONS:
REFERRED JOURNAL
ARTICLES

Miller NS, Mahler JC:  Addiction to and Dependence on Benzodiazepines.  *Journal of Substance Abuse Treatment* 8(1/2):61-68, 1991.

Miller NS, Mahler JC:  Alcoholics Anonymous and the "AA" Model for Treatment.  *Alcoholism Treatment Quarterly* 8:39-51, 1991.

Miller NS, Ries RK:  Drug and Alcohol Dependence and Psychiatric Populations:  The Need for Diagnosis, Intervention, and Training.  *Comprehensive Psychiatry* 32(3):268-276, 1991.

Miller NS, Gold MS, Mahler JC:  Violent Behavior Associated with Cocaine Use:  Possible Pharmacological Mechanisms.  *The International Journal of the Addictions* 26(10):1077-1088, 1991.

Miller NS, Mahler JC, Belkin BM, Gold MS:  Psychiatric Diagnosis in Alcohol and Drug Dependence.  *Annals of Clinical Psychiatry* 3(1):79-89, 1991.

Miller NS, Mahler JC, Gold MS:  Suicide Risk Associated with Drug and Alcohol Dependence. *Journal of Addictive Diseases* 10(3)49-61, 1991.

Miller NS, Cocores JA:  Nicotine Dependence:  Diagnosis, Pharmacology, and Treatment. *Journal of Addictive Diseases* 11(2):51-65, 1991.

Carracchi G, Miller NS:  Epidemiology and Diagnosis of Alcoholism in the Elderly (A Review).  *International Journal of Geriatric Psychiatry* 6:511-515, 1991.

Miller NS, Gold MS:  Organic Solvent Abuse and Addiction. *American Family Physician* 8:3, 1992.

Belkin BM, Miller NS:  Agreement Among Laboratory Tests, Self-reports and Collateral Reports of Alcohol and Drug Use. *Annals of Clinical Psychiatry* 41(1):33-42, 1992.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 28


PUBLICATIONS:
REFERRED JOURNAL
ARTICLES

Giannini AJ, Miller NS, Kochjan DK:  Treating Steroid Abuse:  A Psychiatric Perspective.  *Clinical Pediatrics* 30(9):538-542, 1992.

Miller NS, Giannini AJ, Gold MS:  Suicide Risk Associated with Drug and Alcohol Addiction.  *Cleveland Clinic Journal of Medicine* 59:535-538, 1992.

Giannini AJ, Miller NS, Turner CD:  Treatment of Khat Addiction.  *Journal of Substance Abuse Treatment* 9:379-382, 1992.

Hoffmann NG, Miller NS:  Treatment Outcomes for Abstinence- based Programs.  *Psychiatric Annals* 22(8):402-408, 1992.

Gold MS, Miller NS:  Seeking Drugs/Alcohol and Avoiding Withdrawal:  The Neuroanatomy of Drive States and Withdrawal.  *Psychiatric Annals* 22(8):430-435, 1992.

Miller NS, Gold MS:  The Psychiatrist's Role in Integrating Pharmacological and Nonpharmacological Treatments for Addictive Disorders.  *Psychiatric Annals* 22(8):436-440, 1992.

Miller NS, Summers G, Gold MS:  Cocaine Dependence: Alcohol and Other Drug Dependence and Withdrawal Characteristics.  *Journal of Addictive Diseases* 12(1):25-36, 1993.

Giannini AJ, Miller NS, Loiselle RH, Turner CE:  Cocaine Associated Violence and Relationship to Route of Administration.  *Journal of Substance Abuse Treatment* 10(2):67-69, 1993.

Miller NS, Cocores JA:  Nicotine Dependence:  Diagnosis, Chemistry, and Pharmacologic Treatments.  *Pediatrics in Review* 14(7):275-280, 1993.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 29

PUBLICATIONS:
REFERRED JOURNAL
ARTICLES

Miller NS, Szczucki D, Gibbons R, Kakuma T:  Familial Alcoholism in Cocaine Addicts.  *Alcoholism Treatment Quarterly* 10(12):77-93, 1993.

Miller NS, Gold MS:  A Neurochemical Basis for Alcohol and Other Drug Addiction. *Journal of Psychoactive Drugs* 25(2):121-128, 1993.

Fine J, Miller NS:  Evaluation and Acute Management of Psychotic Symptomatology in Alcohol and Drug Addictions. *Journal of Addictive Diseases* 12(3):59-72, 1993.

Miller NS:  Comorbidity of Psychiatric and Alcohol/Drug Disorders:  Interactions and Independent Status. *Journal of Addictive Diseases* 12(3):5-16-1993.

Miller NS:  A Tale of Two Diagnoses: Revisited. *Journal of Addictive Diseases* 12(3):1-4, 1993.

Raskin VD, Miller NS: The Epidemiology of the Comorbidity of Psychiatric and Addictive Disorders:  A Critical Review. *Journal of Addictive Diseases* 12(3):45-57, 1993.

Miller NS, Gold MS:  LSD and Ecstasy:  Pharmacology, Phenomenology, and Treatment. *Psychiatric Annals* 24(3):131-133, 1994.

Miller NS, Gold MS:  Criminal Activity and Crack Addiction. *The International Journal of the Addictions* 29(8):1069-1078, 1994.

Miller NS, Gold MS:  Dissociation of "Conscious Desire" (Craving) from and Relapse in Alcohol and Cocaine Dependence. *Annals of Clinical Psychiatry* 2:99-106, 1994.

Miller NS:  Prevalence and Treatment Models for Addictions in Psychiatric Populations.  *Psychiatric Annals* 24(8):399-406, 1994.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 30

PUBLICATIONS:
REFERRED JOURNAL
ARTICLES

Goldsmith RJ, <u>Miller NS</u>:  Training Psychiatric Residents in the Addictions.  *Psychiatric Annals* 24(8):432-439, 1994.

<u>Miller NS</u>, Eriksen A, Owley T:  Psychosis and Schizophrenia in Alcohol and Drug Dependence.  *Psychiatric Annals* 24(8):418-426, 1994.

<u>Miller NS</u>, Owley T, Eriksen A:  Working with Drug/Alcohol-Addicted Patients in Crisis.  *Psychiatric Annals* 24(11):592-597, 1994.

<u>Miller NS</u>, Belkin BM, Gibbons R:  Clinical Diagnosis of Substance Use Disorders in Private Psychiatric Populations. *Journal of Substance Abuse Treatment* 11(4):387-392, 1994.

<u>Miller NS</u>:  Psychiatric Comorbidity:  Occurrence and Treatment.  *Alcohol Health and Research World* 18(4):261-264, 1994.

<u>Miller NS</u>:  A Reply to Wade:  "Say When:  Critics Cannot Stop."  *Alcoholism Treatment Quarterly* 12(1):107-112, 1995.

<u>Miller NS</u>:  Pharmacotherapy in Alcoholism.  *Alcoholism Treatment Quarterly* 12(2):129-152, 1995.

<u>Miller NS</u>:  Addiction Treatment in Psychiatric Settings. *Alcoholism Treatment Quarterly* 12(2):57-74, 1995.

<u>Miller NS</u>:  History and Review of Contemporary Addiction Treatment.  *Alcoholism Treatment Quarterly* 12(2):1-22, 1995.

<u>Miller NS</u>, Hoffmann NG:  Treatment Outcome Effectiveness.  *Alcoholism Treatment Quarterly* 12(2):41-56, 1995.

<u>Miller NS</u>:  Psychiatric Diagnoses in Addiction Disorders. *Alcoholism Treatment Quarterly* 12(2):75-92, 1995.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 31

PUBLICATIONS:
REFERRED JOURNAL
ARTICLES

Miller NS:  Liability and Efficacy from Long-Term Use of Benzodiazepines:  Documentation and Interpretation. *Psychiatric Annals* 25(3):166-173, 1995.

Gold MS, Miller NS, Stennie K, Populla-Vardi C:  Epidemiology of Benzodiazepine Use and Dependence. *Psychiatric Annals* 25(3):146-148, 1995.

Miller NS, Gold MS, Stennie K:  Benzodiazepines:  The Dissociation of Addiction from Pharmacological Dependence/Withdrawal.  *Psychiatric Annals* 25(3):149-152, 1995.

Benzer D, Smith D, Miller NS:  Detoxification from Benzodiazepine Use:  Strategies and Schedules for Clinical Practice.  *Psychiatric Annals* 25(3):180-185, 1995.

Miller NS, Verinis JS:  Treatment Outcome for Impoverished Alcoholics in an Abstinence-based Program. *The International Journal of the Addictions* 30(6):753-763, 1995.

Miller NS:  Pharmacological Management of Major Comorbid Psychiatric Disorders in Drug and Alcohol Addictions.  *Psychiatric Annals* 25(10):621-627, 1995.

Miller NS, Gold MS:  The Role of the Psychiatrist in Treatment of Relapse in Addictive Disorders.  *Psychiatric Annals* 25(11)673-678, 1995.

Miller NS:  Diagnosis and Treatment of Addictions in Traumatic Brain Injury.  *Alcoholism Treatment Quarterly* 13(3):15-30, 1995.

Dupre D, Miller N, Gold M, Rospenda K:  Initiation and Progression of Alcohol, Marijuana, and Cocaine Use Among Adolescent Abusers.  *The American Journal on Addictions* 4(1):43-48, 1995.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 32

PUBLICATIONS:
REFERRED JOURNAL
ARTICLES

Miller NS:  Pharmacotherapy in Alcoholism. *Journal of Addictive Diseases* 14(1):23-46, 1995.

Miller NS, Klamen D, Hoffmann NG, Flaherty JA: Prevalence of Depression and Alcohol and Other Drug Dependence in Addictions Treatment Populations. *Journal of Psychoactive Drugs* 28(2):111-124, 1996.

Miller NS:  Treatment for Addictive and Psychiatric Disorders:  An Overview for Clinical Management. *Psychiatric Rehabilitation Skills* 1(2):79-92, 1996.

Miller NS, Swift RM:  Primary Care Medicine and Psychiatry:  Addictions Treatment. *Psychiatric Annals* 27(6):408-416, 1997.

Goldsmith RJ, Miller NS:  Training of the Resident in Psychiatry and Primary Care:  Liaison and Collaboration. *Psychiatric Annals* 27(6):417-424, 1997.

Klamen DL, Miller NS:  Undergraduate Medical Education in Psychiatry and Primary Care. *Psychiatric Annals* 27(6):436-439, 1997.

Miller NS, Hoffmann NG, Ninonuevo F, Astrachan BM: Lifetime Diagnosis of Major Depression as a Multivariate Predictor of Treatment Outcome for Inpatients with Substance Use Disorders from Abstinence-based Programs. *Annals of Clinical Psychiatry* 9(3):127-137, 1997.

Miller NS, Ninonuevo FG, Klamen DL, Hoffmann NG, Smith DE:  Integration of Treatment and Post Treatment Variables in Predicting Results of Abstinence-based Outpatient Treatment After One Year. *Journal of Psychoactive Drugs* 29(3):239-248, 1997.

Miller NS, Guttman JC:  The Integration of Pharmacological Therapy for Comorbid Psychiatric and Addictive Disorders. *Journal of Psychoactive Drugs* 29(3):239-248, 1997.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 33


PUBLICATIONS:
REFERRED JOURNAL
ARTICLES

Swift RM, Miller NS:  Integration of Health Care Economics for Addiction Treatment in Clinic Care. *Journal of Psychoactive Drugs* 29(3)255-262, 1997.

Klamen DL, Miller NS:  Integration in Education for Addiction Medicine. *Journal of Psychoactive Drugs* 29(3):285-290, 1997.

Grossman LS, Willer JK, Miller NS, Stoval JG, McRae SG, Maxwell S:  Temporal Patterns of Veterans' Psychiatric Service Utilization, Disability Payments, and Cocaine Use. *Journal of Psychoactive Drugs* 29(3):285-290, 1997.

Miller NS:  Clinical Approach to Diagnosis of Comorbid Addictive and Psychiatric Disorders. *Psychiatric Rehabilitation Skills* 2(11):77-90, 1997.

Miller NS, Guttman JC, Chawla S:  Integration of Generalized Vulnerability to Drug and Alcohol Addiction. *Journal of Addictive Diseases* 16(4):7-22, 1997.

Pechter BM, Miller NS:  Psychopharmacotherapy for Addictive and Comorbid Disorders:  Current Studies. *Journal of Addictive Diseases* 16(4):23-40, 1997.

Miller NS, Smith DE:  The Integration of Pharmacotherapy and Nonpharmacotherapy. *Journal of Addictive Diseases* 16(4):51-64, 1997.

Schwartz RH, Miller NS:  MDMA (Ecstasy) and the Rave:  A Review. *Pediatrics* 100(4):705-708, 1997.

Miller NS, Gold MS:  Comorbid Cigarette and Alcohol Addiction:  Epidemiology and Treatment. *Journal of Addictive Diseases* 17(1):55-66, 1998.

Miller NS:  Management of Withdrawal Syndromes and Relapse Prevention for Drug and Alcohol Dependence. *American Family Physician* 48(1):139-146, 1998.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 34

PUBLICATIONS:
REFERRED JOURNAL
ARTICLES

Miller NS, Swift RM, Gold MS:  Health Care Economics for Integrated Addiction Treatment in Clinical Settings. 28(`12):682, 690, 1998.

Miller NS, Ninonuevo F, Hoffmann NG, Astrachan BM: Prediction of Treatment Outcomes:  Lifetime Depression Versus The Continuum of Care.  *The American Journal on Addictions* 8:243-253, 1999.

Netrakom P, Krasuski JS, Miller NS, O'Tuama LA:  Structural and Functional Neuroimaging Findings in Substance-related Disorders.  *Psychiatric Clinics of North America* 22(2): 313-329, 1999.

Miller NS:  Mortality Risks in Alcoholism and Effects of Abstinence and Addiction Treatment.  *Psychiatric Clinics of North America* 22(2): 371-383, 1999.

Miller NS, Sheppard LM:  The Role of the Physician in Addiction prevention and Treatment.  *Psychiatric Clinics of North America* 22(2): 489-505, 1999.

Miller NS, Flaherty JA:  Effectiveness of Coerced Addiction Treatment (Alternative Consequences):  A Review of the Clinical Research. J*ournal of Substance Abuse Treatment* 18:9-16, 2000.

Miller NS, Sheppard LM:  Addiction Treatment and Continuing Care in Forensic Populations.  *Psychiatric Annals* 30:589-596, 2000.

Miller NS, Stout AW, Sheppard LM:  Underage Drinking Among College Students.  *Psychiatric Annals* 30:597-601, 2000.

Miller NS:  Addictions in Forensic Psychiatry.  *Psychiatric Annals* 30:2000.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 35

PUBLICATIONS:
REFERRED JOURNAL
ARTICLES

Miller NS:  Addictions and the Law.  *Psychiatric Annals* 30(9):  September 2000.

Sheppard LM, Miller NS:  Addiction Treatment and Continuing Care in Forensic Populations.  *Psychiatric Annals* 30(9):589-596, 2000.

Miller NS (Editor):  Addiction and Forensic Psychiatry.  *Psychiatric Annals* 30(9): September 2000.

Miller NS, Sheppard LM, Colenda CC, Magen J:  Why Physicians Are Unprepared to Treat Patients Who Have Alcohol and Drug Disorders.  *Academic Medicine* 76(5):8-16, 2001.

Miller NS, Goldsmith RJ:  Neuroimaging and Craving: Clinical and Basic Research.  *Journal of Addictive Disease* 87-104, Vol. 20(3), 2001.

Miller NS (Editor):  Contemporary Issues in Addiction Medicine.  *Psychiatric Annals*, Vol. 32 (11).

Miller NS, Sheppard LM, Magen J:  Medical Education and Training in Addiction Medicine.  *Psychiatric Annals* 649-656, Vol. 31(11), 2001.

Miller NS:  Addiction and the Law.  *The Journal of Medicine and Law*, Michigan State University, Vol. 5, Issue 1, Fall 2000, 2001.

Miller NS (Editor):  Pharmacotherapies for Addictive Disorders.  *Psychiatric Annals*, Vol. 33(9)2003.

Miller NS, Lyon D:  Biology of Opiates Affects Prevalence of Addiction, Options for Treatment.  *Psychiatric Annals* pp 558-564, Vol. 33(9), 2003.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 36

PUBLICATIONS:
REFERRED JOURNAL
ARTICLES

Kipnis S. Miller NS:  Smoking Cessation Treatment Calls for Individualized Approach.  *Psychiatric Annals* pp 573-584, Vol. 33(9) 2003.

Dackis CA, Miller NS:  Neurobiological Effects Determine Treatment Options for Alcohol, Cocaine, and Heroin Addiction, *Psychiatric Annals* pp 585-592, Vol. 33(9) 2003.

Miller NS, Greenfeld A:  Patient Characteristics and Risk Factors for Development of Dependence on Hydrocodone and Oxycodone.  *American Journal of Therapeutics*, 11(1):26-32, January/February 2004.

Miller NS, Brady K (Editors):  Addiction Psychiatry, *Psychiatric Clinics of North America*, Elsevier, Inc., San Diego, 2004.

Miller NS, Prescription Opiate Medications:  Medical Uses and Consequences, Laws and Controls.  *Psychiatric Clinics of North America*, Elsevier Saunders, 27:689-708, 2004.

Miller NS, Alcohol Dependence, *Encyclopedia of Applied Psychology*, Vol. 1, 123-127, 2004.

Miller NS, Swiney T, Barkin RL:  Effects of Opioid Prescription Medication Dependence and Detoxification on Pain Perceptions and Self-Reports.  *American Journal of Therapeutics* 13, 436-444, 2006.

Miller NS:  Failure of Enforcement Controlled Substance Laws in Health Policy for Prescribing Opiate Medications:  A Painful Assessment of Morbidity and Mortality. *American Journal of Therapeutics*, 13, 527-533, 2006.

Miller NS, Guest Editor:  Prescription Opiate Medications. *Psychiatric Annals*, Vol. 36, No. 6, June 2006.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 37

PUBLICATIONS:
REFERRED JOURNAL
ARTICLES

Miller NS:  Prescription Opiate Medications:  Clinical Assessment and Treatment of Addiction, Tolerance, and Dependence.  *Psychiatric Annals*, Vol. 36, No. 6, 390-396, June 2006.

Miller NS:  Physicians and the Controlled Substance Laws for Prescription Opiate Medications.  *Psychiatric Annals*, Vol. 36, No. 6, 422-429, June 2006.

Miller NS:  Conflicts Between Tobacco Taxation Policy and Public Health Interests in the State of Michigan and Other States.  *Journal of Public Health*.  To be submitted 2009.

Miller NS:  Class Action to Protect Against Discrimination of Individuals with Alcohol and Drug Addictions.  *Journal of Medicine and the Law,* Michigan State University.  To be submitted 2009.

REQUESTED JOURNAL
ARTICLES:

Cocores JA, Pottash ALC, Gold MS, Miller NS:  Sexual Dysfunction in Abusers of Cocaine and Alcohol.  *Medical Times* 115(11):103-106, 1987.

Gold MS, Miller NS:  How Effective Is the Disease Model: ("Point-Counterpoint") *U.S. Journal of Drug and Alcohol Dependence* 12(11):7, 1987.

Miller NS:  A Primer of the Treatment Process for Alcoholism and Drug Addiction.  *Psychiatry Letter* 5:30-37, 1987.

Miller NS, Gold MS, Cocores JA, Pottash ALC:  The Medical Diagnosis and Treatment of Alcohol Dependence.  Medical *Times* 115(9):109-126, 1987.

Miller NS, Rawitch AB, Gold MS, Cocores JA, Pottash ALC: Pharmacodynamic Tolerance in Peripheral Blood Erythrocytes in Alcoholics Greater than in Nonalcoholics. *The Clinical Psychiatry Quarterly* 11(1):2-5, 1987.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 38

REQUESTED JOURNAL
ARTICLES

Cocores JA, Pottash AC, Gold MS, <u>Miller NS</u>:  Sexual Dysfunction in Abusers of Cocaine and Alcohol. *Resident and Staff Physician* 34(10):547-62, 1988.

<u>Miller NS</u>:  Alcohol Dependence in Cocaine Addictions. *Substance Abuse* 9(4):216-221, 1988.

<u>Miller NS</u>, Gold MS:  Alcoholism and Drug Addiction Among Physicians:  Humanitarian Approach. *Psychiatry Letter* 6:43-46, 1988.

<u>Miller NS</u>, Gold MS:  Research Approaches to Inheritance to Alcoholism. *Substance Abuse* 9(3):157-168, 1988.

<u>Miller NS</u>:  Guide to the Pharmacist for Patients with an Alcohol Problem. *Pharmacy Times* 19(5):248-255, 1989.

<u>Miller NS</u>, Gold MS, Belkin BM:  Family History of Alcohol Dependence in Cocaine Addicts. *Substance Abuse* 10(3): 154-161, 1989.

<u>Miller NS</u>:  Diagnosis of Alcohol and Cannabis Dependence in Cocaine Dependence. *Internal Medicine Digest* 10:3-4, 1990.

<u>Miller NS</u>:  Familial Alcoholism in Cocaine Addiction. *U.S. Journal of Drug and Alcohol Dependence* 15(9):9, 1990.

<u>Miller NS</u>:  Pharmacodynamic Tolerance as a Peripheral Blood Marker in Alcoholics. *Substance Abuse* 11:45-50, 1990.

<u>Miller NS</u>, Gold MS:  Cocaine:  Use, Abuse, Addiction, Pharmacology. *Family Practice recertification* 12(7);86-97, 1990.

<u>Miller NS</u>, Gold MS:  Management of Cocaine Abuse and Addiction:  Perspectives and Challenges. *Family Practice Recertification* 12(10):65-84, 1990.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 39

REQUESTED JOURNAL
ARTICLES

Miller NS, Gold MS:  The Medical Diagnosis and Treatment of Alcohol Dependence.  *Resident and Staff Physician* 36(10):73-81, 1990.

Miller NS, Ries R:  The Role of the Recovering Person in Medical Education.  *Substance Abuse* 11(4):237-239, 1990.

Miller NS:  Research Update:  Dual Diagnosis.  *U.S. Journal of Drug and Alcohol Dependence*, September 1991.

Giannini AJ, Miller NS:  Biopsychiatric Approach to Drug Abuse.  *Resident and Staff Physician* 6:47-52, 1991.

Miller NS, Belkin BM:  Alcohol and Drug Dependence in the Elderly.  *Internal Medicine Digest* 1991.

Miller NS, Gold MS:  Dual Diagnosis:  The Drug Psychiatric Relationship.  *Focus* 4(4):34-37, 1991.

Miller NS, Gold MS:  Profiles and Patterns of Use for "Crack" Addicts:  A Recent Survey.  *Substance Abuse* 12(4):190-196, 1991.

Miller NS, Gold MS, Mahler JC:  Violent Behaviors Associated with Cocaine Dependence.  *Substance Abuse* 12(1):31-35, 1991.

Miller NS:  Pharmacotherapy in Alcoholics.  *Directions in Psychiatry* 13(20):1-7, 1993.

Miller NS, Fine J:  Current Epidemiology of Comorbidity of Psychiatric and Addictive Disorders.  *Psychiatric Clinics of North America* 16(1):1-10, 1993.

Miller NS, Gold MS:  A Hypothesis for a Common Neurochemical Basis for Alcohol and Drug Disorders. *Psychiatric Clinics of North America* 16(1):105-118, 1993.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 40

REQUESTED JOURNAL
ARTICLES

Hoffmann NG, <u>Miller NS</u>: Perspectives of Effective Treatment for Alcohol and Drug Disorders. *Psychiatric Clinics of North America* 16(1):105-118, 1993.

<u>Miller NS</u>:  Pharmacotherapy in Alcoholics. *Directions in Substance Abuse Counseling* 1(5):1-18, 1993.

<u>Miller NS</u>:  Addictions and Mental Health Evolve Under Managed Care. *Treatment Today* 6(2):5-8, 1994.

<u>Miller NS</u>:  Issues in the Diagnosis and Treatment of Comorbid Psychiatric and Addictive Disorders. *Directions in Psychiatry* 14:1-8, 1995.

<u>Miller NS</u>:  Issues in the Diagnosis and Treatment of Comorbid Addictive and Other Psychiatric Disorders. *Directions in Substance Abuse Counseling* 3(4):1-12, 1995.

<u>Miller NS</u>:  Pharmacologic Detoxification from Alcohol and Other Drugs. *Directions in Psychiatry* 16(17):1-8, 1996.

<u>Miller NS</u>:  Benzodiazepines:  Myths and Truths. *Treatment Today* 8(2):30-31, 1996.

<u>Miller NS</u>:  Pharmacologic Detoxification from Alcohol and Other Drugs. *Essential Psychopharmacology* 1(3):273-290, 1997.

<u>Miller NS</u>:  Benzodiazepines:  Behavioral and Pharmacologic Basis of Addiction, Tolerance, and Dependence. *Essential Psychopharmacology* 2(2):119-145, 1997.

Netrakom P, Krasuski JS, <u>Miller NS</u>, O'Tuama LA:  Structural and Functional Neuroimaging Findings in Substance-related Disorders. *Psychiatric Clinics of North America* 22(2):313-329, 1999.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 41

REQUESTED JOURNAL
ARTICLES

Miller NS:  Mortality Risks in Alcoholism and Effects of Abstinence and Addiction Treatment.  *Psychiatric Clinics of North America* 22(2):371-383, 1999.

Miller NS, Sheppard LM.  The Role of the Physician in Addiction Prevention and Treatment.  *Psychiatric Clinics of North America* 22(2):489-505, 1999.

Miller NS, Swift RM (Editors):  Addictive Disorders.  *The Psychiatric Clinics of North America*, W.B. Saunders Co., Vol. 22(2) June 1999.

LETTERS:

Miller NS, Gold MS:  The Umpire's Call in Drug Addiction: Drug Testing.  *Bergen Times*, 1987.

Miller NS:  Cocaine Addiction Isn't Forever.  *The New York Times*, Page A 24 Editorial, July 12, 1988.

Miller NS, Millman RB, Gold MS:  Suggestion for DSM-IV Criteria for Substance use Disorders.  *Journal of Nervous and Mental Disease* (letter) 177(5):316, 1989.

Miller NS:  Abuse as a Diagnostic Category in DSM-IV.  *American Journal of Psychiatry* (letter) 148:8, 1095, 1991.

BOOKS:

Miller NS (Editor):  *Comprehensive Handbook of Drug and Alcohol Addiction*.  New York-Basel: Marcel Dekker, Inc., 1991.

Miller NS (Editor):  *The Pharmacology of Alcohol and Drugs of Abuse and Addiction*.  New York:  Springer-Verlag, Inc., 1991.

Miller NS, Gold MS (Editors):  *Alcohol*.  New York:  Plenum Medical Book Company, 1991.

Miller NS (Editor):  *Comorbidity of Addictive and Psychiatric Disorders*.  New York:  Haworth Press, 1993.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 42

BOOKS:

Miller NS (Editor):  *Treating Coexisting Psychiatric and Addictive Disorders*.  Center City, Minnesota.  Hazelden Educational Material, 1994.

Miller NS (Editor):  *Principles of Addiction Medicine*.  Washington DC:  American Society of Addition Medicine, 1994.

Miller NS:  *Addiction Psychiatry:  Current Diagnosis and Treatment*.  New York:  John Wiley & Sons, Inc., 1995.

Miller NS, Gold MS (Editors):  *Pharmacological Therapies for Drug and Alcohol Addiction*.  New York:  Marcel Dekker, Inc., 1995.

Miller NS (Editor):  *Treatment of the Addictions: Applications of Outcome Research for Clinical Management*.  New York:  Haworth Press, 1995.

Miller NS (editor):  *The Principles and Practice of Addictions in Psychiatry*.  Philadelphia:  W.B. Saunders, 1997.

Miller NS, Gold MS, Smith DE (Editors):  *Manual of Therapeutics for Addictions*.  New York:  Wiley-Liss, 1997 (under revision 2008).

Miller NS (Editor):  *The Integration of Pharmacological and Nonpharmacological Treatments in Drug/Alcohol Addictions*.  Binghamton, New York:  The Haworth Medical Press, 1997.

Miller NS (Editor):  *Principles of Addictions and the Law*.  Elsevier, Inc., 2010.

Miller NS, Gold MS:  *Addictions in Medicine:  Principles and Practices*.  New York:  John Wiley & Sons, October 2010.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 43

BOOK CHAPTERS:

<u>Miller NS</u>, Goodwin DG, Jones FC, Pardo MP, Anand, MD, Gabrielli F, Hall TB:  Antihistamine Blockade of Alcohol-Induced Oriental Flushing.  In:  *Advances in Biomedical Alcohol Research*.  New York:  Pergamon Press, 1987:583-586.

Klahr A, <u>Miller NS</u>, Roerlich H:  Marijuana.  In:  Slaby AE, Giannini JA (Eds) *Drugs of Abuse*.  Oradell, New Jersey:  Medical Economics Publishing Group, 1989:97-126.

<u>Miller NS</u>:  Alcohol Dependence.  In:  Slaby AE, Giannini JA (Eds).  *Drugs of Abuse*.  Oradell, New Jersey:  Medical Economics Publishing Group, 1989:1-14.

<u>Miller NS</u>:  Sedative/Hypnotics.  In:  Slaby AE, Giannini JA (Eds).  *Drugs of Abuse*.  Medical Economics Publishing Group, Oradell, New Jersey, 1989:243-264.

<u>Miller NS</u>, Agrest S:  Benzodiazepines.  In:  Slaby AE, Giannini JA (Eds).  *Drugs of Abuse*.  Oradell, New Jersey:  Medical Economics Publishing Group, 1989:15-42.

<u>Miller NS</u>, Gold MS:  Amphetamines and Derivatives.  In:  Slaby AE, Giannini JA (Eds).  *Drugs of Abuse*.  Oradell, New Jersey:  Medical Economics Publishing Group. 1989:15-42.

<u>Miller NS</u>, Gold MS:  DSM-III-R Criteria for Substance Dependence.  In:  Slaby AE, Giannini JA (Eds).  *Drugs of Abuse*.  Oradell, New Jersey:  Medical Economics Publishing Group, 1989:333-348.

<u>Miller NS</u>, Gold MS:  The Effect of Alcohol and Drugs on Sexual Performance.  In: Slaby AE, Giannini JA (Eds) *Drugs of Abuse*.  Oradell, New Jersey:  Medical Economics Publishing Group, 1989:335-366.

Giannini JA, <u>Miller NS</u>:  Biopsychosocial Model of Drug Abuse.  In:  Wilford BB (Ed) *Review Course Syllabus, American Society of Addiction Medicine*.  Washington DC: American Society of Addiction Medicine, 1990:19-24.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 44

BOOK CHAPTERS:

Miller NS:  Alcohol and Drug Dependence.  In: *American Association for Geriatric Psychiatry Comprehensive Review of Geriatric Psychiatry*.  Washington DC: American Psychiatric Press, 1991:387-402.

Miller NS, Gold MS:  Benzodiazepine Abuse.  In:  Wilford BB (Ed) *Review Course Syllabus, American Society of Addiction Medicine*.  Washington DC: American Society of Addiction Medicine.

Miller NS, Gold MS:  Sedative/Hypnotics:  Pharmacology and Use.  In:  Wilford BB (Ed) *Review Course Syllabus, American Society of Addiction Medicine*.  Washington DC: American Society of Addition Medicine 1990:326-331.

Miller NS, Toft D:  The Disease Concept (of Alcoholism and Other Drug Addiction).  *Hazelden Foundation*, 1990:1-35.

Carraci G, Miller NS:  Alcohol and Drug Dependence in Elderly.  In:  Miller NS (Ed) *Comprehensive Handbook of Drug and Alcohol Addiction*.  New York:  Marcel Dekker, 1991:179-192.

Miller NS:  Amphetamines.  In:  Miller NS (Editor) *Comprehensive Handbook of Drug and Alcohol Addiction*.  New York:  Marcel Dekker, 1991-295-310.

Miller NS:  Drug and Alcohol Addiction as a Disease.  In: Miller NS (Ed) *Comprehensive Handbook of Drug and Alcohol Addiction*.  New York:  Marcel Dekker, 1991:295-310.

Miller NS:  Introduction to Drug and Alcohol Addiction.  In: Miller NS (Ed) *Comprehensive Handbook of Drug and Alcohol Addiction*.  New York:  Marcel Dekker, 1991:1-6.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 45


BOOK CHAPTERS:

<u>Miller NS</u>, Gold MS:  A Neuroanatomical and Neurochemical Approach to Drug and Alcohol Addiction: Clinical and Research Considerations.  In:  <u>Miller NS</u> (Ed) *Comprehensive Handbook of Drug and Alcohol Addiction*. New York:  Marcel Dekker, 1991:729-744.

<u>Miller NS</u>:  Nosology of Drug and Alcohol Addiction.  In: <u>Miller NS</u> (Ed) *Comprehensive Handbook of Drug and Alcohol Addiction*.  New York:  Marcel Dekker, 1991:257-262.

<u>Miller NS</u>:  Special Problems of the Alcohol and Multiple-Drug Dependent:  Clinical Interactions and Detoxification. In:  Miller SI, Frances RJ (Eds).  *Clinical Textbook of Addictive Disorders*.  New York:  The Guilford Press, 1991:194-218.

<u>Miller NS</u>:  The Treatment of Dual Diagnosis in Alcoholism. In:  Slaby AE, Gold MS (Eds) *Dual Diagnosis in Substance Abuse*.  New York-Basel: Marcel Dekker, Inc., 1991:223-236.

<u>Miller NS</u>:  The Psychiatric Consequences of Alcohol and Drugs of Abuse and Addiction.  In:  <u>Miller NS</u> (Ed) *The Pharmacology of Alcohol and Drugs of Abuse and Addiction*.  New York:  Springer-Verlag, Inc., 1991:77-88.

Gold MS, <u>Miller NS</u>, Jonas JM:  Cocaine (and Crack): Clinical Aspects.  In:  Lowinson J, Ruiz P, Millman RB, Langrod JG (Eds) *Substance Abuse.  A Comprehensive Textbook*, Second Edition.  (Levenson J, Millman NB, Eds) Baltimore, Maryland:  Williams & Wilkins, 1992:222-235.

Fine J, <u>Miller NS</u>:  Methodological Approach to Psychiatric and addictive Disorders in Drug and Alcohol Dependence. In:  <u>Miller NS</u> (Ed) *Comorbidity of Addictive and psychiatric Disorders*.  New York:  Haworth Press, 1993.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 46

BOOK CHAPTERS:

Miller NS:  The Disease Concept of Nicotine Dependence. In:  Cocores J (Ed) *Comprehensive Treatment of Nicotine Dependence*.  New York:  Springer-Verlag, Inc., 1993.

Ries RK, Miller NS:  Dual Diagnosis.  In:  Dunner D (Ed) *Current Psychiatric Therapy*.  Philadelphia:  W.B. Saunders Co., 1994.

Miller NS:  History and Review of Contemporary Addiction Treatment.  In:  Miller NS (Ed).  *Treatment of the Addictions:  Applications of Outcome Research for Clinical Management*.  New York:  Haworth Press, 1995:1-22.

Miller NS, Hoffmann NG:  Addictions Treatment Outcomes. In:  Miller NS (Ed):  *Treatment of the Addictions: Applications of Outcome Research for Clinical Management*.  New York:  Haworth Press, 1995:41-55.

Miller NS:  Addiction Treatment in Psychiatric Settings.  In: Miller NS (Ed).  *Treatment of the Addictions:  Applications of Outcome Research for Clinical Management*.  New York: Haworth Press, 1995:57-74.

Miller NS:  Psychiatric Diagnosis in Drugs and Alcohol Addiction.  In:  Miller NS (Ed).  *Treatment of the Addictions: Applications of Outcome Research for Clinical Management*.  New York:  Haworth Press, 1995:75-92.

Miller NS:  Pharmacotherapy in Alcoholism.  In:  Miller NS (Ed).  *Treatment of the Addictions:  Applications of Outcome Research for Clinical Management*.  New York: Haworth Press, 1995:129-152.

Miller NS:  Epidemiology of Comorbidity in Addiction Psychiatry.  In:  Miller NS (Ed).  *The Principles and Practice of Addictions in Psychiatry*.  Philadelphia:  W.B. Saunders Co., 1997.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 47

BOOK CHAPTERS:

<u>Miller NS</u>:  Generalized Vulnerability to Drug and Alcohol Addiction.  In:  <u>Miller NS</u> (Ed).  *The Principles and Practice of Addictions in Psychiatry*.  Philadelphia:  W.B. Saunders Co., 1997.

<u>Miller NS</u>:  Intervention for Drug Addiction in Acute Psychiatric Presentations.  In:  <u>Miller NS</u> (Ed).  *The Principles and Practice of Addictions in Psychiatry*.  Philadelphia:  W.B. Saunders Co., 1997.

<u>Miller NS</u>:  Treatment of Anxiety Disorders.  In:  <u>Miller NS</u> (Ed*).  The Principles and Practice of Addictions in Psychiatry*.  Philadelphia:  W.B. Saunders Co., 1997.

<u>Miller NS</u>, Hoffmann NG, Astrachan BM:  Abstinence Based Treatment and Depression.  In:  <u>Miller NS</u> (Ed).  *The Principles and Practice of Addictions in Psychiatry*.  Philadelphia:  W.B. Saunders Co., 1997.

<u>Miller NS</u>, Gold MS, Smith DE:  Assessment and Diagnosis in Addictive Disorders.  In:  <u>Miller NS</u>, Gold MS, Smith DE (Eds) *Manual of Therapeutics for Addictions*.  New York:  Wiley-Liss, 1997.

Gold MS, <u>Miller NS</u>:  Intoxication and Withdrawal from Alcohol.  In:  <u>Miller NS</u>, Gold MS, Smith DE (Eds) *Manual of Therapeutics for Addictions*.  New York:  Wiley-Liss, 1997.

Gold MS, <u>Miller NS</u>:  Intoxication and Withdrawal from Marijuana, LSD, and MDMA.  In:  <u>Miller NS</u>, Gold MS, Smith DE (Eds) *Manual of Therapeutics for Addictions*.  New York:  Wiley-Liss, 1997.

Gold MS, <u>Miller NS</u>:  Intoxication and Withdrawal from Nicotine, Cocaine, and Amphetamines.  In:  <u>Miller NS</u>, Gold MS, Smith DE (Eds) *Manual of Therapeutics for Addictions*.  New York:  Wiley-Liss, 1997.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 48

BOOK CHAPTERS:

Gold MS, Miller NS:  Intoxication and Withdrawal from Opiates and Inhalants.  In:  Miller NS, Gold MS, Smith DE (Eds) *Manual of Therapeutics for Addictions*.  New York:  Wiley-Liss, 1997.

Miller NS, Gold MS, Smith DE:  Treatment of Detoxification in Addictive Disorders.  In:  Miller NS, Gold MS, Smith DE (Eds) *Manual of Therapeutics for Addictions*.  New York:  Wiley-Liss, 1997.

Miller NS:  Treatment Efficacy.  In:  Miller NS, Gold MS, Smith DE (Eds) *Manual of Therapeutics for Addictions*.  New York:  Wiley-Liss, 1997.

Gold MS, Miller NS:  Cocaine (and Crack):  Neurobiology.  In:  Lowinson JH, Ruiz P. Millman RB, Langrod JG (Eds).  *Substance Abuse:  A Comprehensive Textbook*, Third Edition.  Baltimore, Maryland:  Williams & Wilkins, 1997:166-181.

Miller NS, Klamen D, Costa E:  Medications of Abuse and Addiction:  Benzodiazepines.  Pages 485-500 in:  Tarter RE, Ammerman RT, Ott PJ (Eds) *Sourcebook on Substance Abuse:  Etiology, Methodology and Intervention*.  Plenum Press 1998.

King AC, Miller NS:  Medications of Abuse and Addiction:  Opioids.  Pages 379-394 in:  Tarter RE, Ammerman RT, Ott PJ:  Alyer, Bacon (Eds) *Sourcebook on Substance Abuse:  Etiology, Methodology and Intervention*.  Plenum Press 1998.

Miller NS:  Special Problems of the Alcohol and Multiple Drug Dependent Clinical Interactions and Detoxification.  Pages 262-290 in Frances RJ, Miller SI (Eds).  *Clinical Textbook of Addictive Disorders*, Second Edition.  New York, New York:  The Guilford Press 1998.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 49

BOOK CHAPTERS:

Swift RM, <u>Miller NS</u>:  Addictive Disorders pp 42-72. Goldman LS, Wise TN, Brody DS.  *Psychiatry for Primary Care Physicians*.  American Medical Association, Chicago, 1998.

<u>Miller NS</u>, Gold MS:  Comorbid Cigarette and Alcohol Addiction:  Epidemiology and Treatment.  Pages 55-66. Gold MS (Ed). *Smoking and Illicit Drug Use*.  Haworth Press, New York, 1998.

<u>Miller NS</u>:  Taking Away Shame and Blame Disease Concept.  In:  Coombs RD (Ed).  *Addiction Recovery Tools: A Practitioner's Handbook*, 2003.

<u>Miller NS</u>:  Drug Abuse.  In:  Rakel RE, Bope ET (Eds). *Conn's Current Therapy* 54th Edition, 2002 (in preparation)

<u>Miller NS</u>:  The Disease Concept in Addiction, *Counseling Treatment*. R. Coombs (Ed), 2001.

<u>Miller NS</u>, Traumatic Brain Injury and Alcohol and Drug Disorders, *Neuropsychiatry of Traumatic Brain injury*, Silver J. Yudofsky S, 2005.

<u>Miller NS</u>, Rakel RE, Drug Abuse.  *Conn's Current Therapy*, W.B. Saunders Co., 2008.

BOOK REVIEWS:

Miller NS:  <u>Determinates of Substance Abuse.</u> *Contemporary Psychiatry* 5(1) New York:  Plenum Press, 1986:12-14.

Miller NS:  <u>Cocaine Abuse:  New Directions in Treatment and Research</u>.  *Hospital and Community Psychiatry* 39(1):86-87, 1988.

Miller NS:  <u>Cocaine Addiction, Treatment, Recovery and Relapse Prevention</u>.  *The Psychiatric Hospital* 20(4):190-191, 1989.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 50

BOOK REVIEWS:

Miller NS:  Psychiatric Diagnosis:  A Biopsychosocial Approach.  *Annals of Clinical Psychiatry*, 1991.

Miller NS:  Cocaine:  Pathophysiology.  Haworth Press, 1992.

Miller NS:  Recent Developments in Alcoholism:  Women and Alcoholism.  *The American Journal of Psychiatry*, 1996.

ABSTRACTS:

Miller NS, Botzler RG, Kahn RL, Buggs, CW:  Irradiation Effect on Tissue-Injected Substances, 17th Annual Meeting of Radiation Research Society, 38-39, 1969.

Verly G, Miller NS, Pressoir R, Kahn RL, Buggs SC:  Irradiation and Tissue Anti-localization of Cancer Cells.  18th Annual Meeting of Radiation Research Society, 20, 1970.

Miller NS, Kahn RL:  Early Death of Young Rats Injected with Tumor Cells in Irradiated Area.  19th Annual Meeting of Radiation Research Society, 38-39, 1971.

Miller NS, Powell BJ, Penick EC, Rahaim S:  Multiple Syndromes in Alcoholic Patients.  Paper presented at Symposium:  Importance of Multiple Disorders in Substance Abuse.  American Psychiatric Association Meeting, May 1986.

Miller NS, Gabrielli WF, Goodwin DW:  Antihistamine Blockade of Alcohol-Induced Oriental Flushing.  Poster Session:  Third Congress of the International Society of Biomedical Research on Alcoholism, June 1986.

Miller NS, Rawitch AB, Gold MS, Sternberg D, Pottash ALC:  Pharmacodynamic Tolerance as a Peripheral Blood Marker in Alcoholics.  American Academy of Clinical Psychiatry, October 9, 1987.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 51

ABSTRACTS:

Miller NS, Goodwin DW, Jones FC, Anand MM, Gabrielli W. Pottash AC, Gold MS:  Histamine Antagonism of Intolerance to Alcohol.  American Academy of Clinical Pharmacology, October 16, 1987.

Miller NS, Gold MS, Cocores JA:  Alcohol Use in Cocaine Addicts.  Association for Medical Education and Research in Substance Abuse, Washington DC, November 10, 1987.

Miller NS, Gold MS:  PCP.  *United States Department of Education:  Challenge Newsletter*, Washington DC, 1987.

Miller NS, Gold MS:  Alcohol and Drug Use and the Family History of Alcohol Dependence in Cocaine Addicts.  Poster: Society of Biological Psychiatry, May 7, 1988.

Miller NS:  Family History of Alcohol Dependence in Cocaine Addicts.  International Society of Biomedical Research on Alcoholism.  Kyoto, Japan, June 10, 1988.

Miller NS, Gold MS, Belkin BM:  Family History of Alcohol Dependence and Other Drug Use Among Cocaine Addicts. Abstract:  American Academy of Clinical Psychiatry. Seattle, Washington, October 7, 1988.

Miller NS, Gold MS:  Family History of Alcoholism in Drug Addicts.  Poster and abstract:  The Second National Conference on Alcohol Abuse and Alcoholism.  San Diego, California, October 30-November 2, 1988.

Miller NS, Gold MS:  Blood Marker for Alcoholism.  Poster: The Second National Conference on Alcohol Abuse and Alcoholism. San Diego, California, November 1, 1988.

Miller NS, Gold MS, Belkin BM:  Family History of Alcohol Dependence in Cocaine Addicts.  AMERSA, Rockville, Maryland, November 16, 1988.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 52

ABSTRACTS:

Miller NS:  The Diagnosis of Alcohol Dependence in Cocaine Addicts in an Inpatient Treatment Population. AMSAODD Medical-Scientific Conference. Atlanta, Georgia, April 28, 1989.

Miller NS, Millman RB, Keskinen BA:  Treatment Outcome at Six and Twelve Months for Cocaine and Alcohol Dependence.  Research Lecture: AMSAODD Medical-Scientific Conference, Atlanta, Georgia, April 28, 1989.

Miller NS:  Blood Marker for Alcoholism.  Poster:  Society for Biological Psychiatry Scientific Session.  San Francisco, California, May 5, 1989.

Miller NS, Gold MS:  Cocaine and Violence.  American Academy of Clinical Psychiatrists.  October 12, 1989.

Miller NS, Gold MS:  Violent Behavior and Cocaine. *Neuroscience*.  October 14, 1989.

Miller NS, Gold MS:  Cocaine and Violent Behavior. AMERSA.  November 19, 1989.

Miller NS, Gold MS:  Ice-methamphetamine:  Psychiatric and Pharmacologic Effects. *Quarterly Journal of Psychiatry* 13(3):6, 1990.

Miller NS, Gold MS:  Cocaine and Violence.  American Society of Addiction Medicine, April 25, 1990.  Phoenix, Arizona.  (In: *Alcoholism; Clinical and Experimental Research*).

Miller NS, Gold MS:  Profiles of Crack Addicts.  AMERSA, November 12, 1990.

Miller NS, Szczucki D, Gold MS, Mullip A:  Drug and Alcohol Dependence.  RSA *Alcoholism, Clinical and Experimental Research* 15(12):320, 1991.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 53

ABSTRACTS:

Miller NS:  Substance Use Disorders in Psychiatric Populations.  AMERSA. Bethesda, Maryland, November 16, 1991.

Miller NS:  Pharmacotherapies in Alcoholism.  Biological Psychiatry, Washington DC, 1992.

Miller NS, Bellar BM, Gold MS:  Alcohol Dependence in Cocaine Addicts:  Diagnosis and Epidemiology.  *Pharmacy Digest* 2:29-309, 1992.

Miller NS:  Cocaine Prevalence Among Teenagers.  American Society of Addiction Medicine. Washington DC, April 3, 1992.

Miller NS:  Prevalence of Substance Use Disorders Among Psychiatric Inpatients.  American Psychiatric Association. Washington DC, May 5, 1992.

Miller NS:  Addiction Treatment Outcome in Depressed Patients.  American Society of Addiction Medicine.  Los Angeles, California, April 29-May 2, 1993.

Miller NS, Wang D, Davis J. Prasad B, Stulp F:  Combined Alcohol/Drug and Other Psychiatric Disorders in 731 VA Inpatients.  American Society of Addiction Medicine.  Los Angeles, California, April 29-May 2, 1993.

Gold MS, Miller NS:  Factors in Relapse to Addiction. Society of Biological Psychiatry.  San Francisco, California, May 21, 1993.

Miller NS, Hoffmann N:  Addiction Treatment Outcome in Depressed Patients.  American Psychiatric Association. San Francisco, California, May 22-27, 1993.

Miller NS, Hoffmann NG:  Depression by Drug Type in Addiction Treatment.  American Society of Addiction medicine.  New York, New York, April 17, 1994.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 54

ABSTRACTS:

<u>Miller NS</u>, Gold MS, Hoffmann NG:  Comorbid Depression in Alcohol and Drug Addiction.  American Psychiatric Association.  Philadelphia, Pennsylvania, May 25, 1994.

<u>Miller NS</u>, Hoffman NG, Astrachan BM:  Depression Outcome in Addiction Treatment.  American Psychiatric Association.  Philadelphia, Pennsylvania, May 25, 1994.

Eriksen A, <u>Miller NS</u>, Gold MS, Hoffmann N:  Depression According to Drug Type.  College on Drug Dependence and Problems.  Palm Beach, Florida, 1994.

<u>Miller NS</u>, Hoffmann NG:  Multivariate Analysis of Addictions Treatment Outcome in Depressed Patients.  American Society of Addiction Medicine.  Chicago, Illinois, April 1995.

<u>Miller NS</u>, Hoffman NG:  Multivariate Analysis of Addictions Treatment Outcome.  American Psychiatric Association, Miami, Florida 1995.

<u>Miller NS</u>, Hoffmann NG:  Depression as a Predictor of Outcome in Addiction Treatment.  American Society of Addiction Medicine, Atlanta, Georgia, April 1996.

<u>Miller NS</u>, Hoffmann NG:  Trends in Adolescent Drug and Alcohol Use and Addiction.  American Psychiatric Association.  New York, New York, May 1996.

<u>Miller NS</u>:  The Neurobiology of Violence in Drug and Alcohol Addiction.  Height Ashbury Free Clinics, 29th Anniversary Conference. San Francisco, California, June 15, 1996.

Flaherty JA, Brady TM, Kusciel C. <u>Miller NS</u>:  Retention of Dual Diagnosis Outpatients in an Abstinence Based Substance Abuse Treatment Program.  American Academy of Addiction Psychiatry.  San Antonio, Texas, December 4-7, 1997.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 55

ABSTRACTS:

Brady TM, Flaherty JA. <u>Miller NS</u>:  Drug Use Correlates of Heterosexual Risk Behavior of Outpatients Attending a Substance Abuse Treatment Program.  American Academy of Addiction Psychiatry.  San Antonio, Texas, December 4-7, 1997.

GUEST LECTURES AND SEMINARS AT OUTSIDE INSTITUTIONS:

ACADEMIC YEAR JULY 1, 1985 – JUNE 30, 1986

"Importance of Multiple Disorders in Substance Abuse." Symposium:  Annual Meeting of the American Psychiatric Association, Washington DC, May 1986.

"Antihistamine Blockade of Alcohol-Induced Oriental Flushing."  Presented at the Third Congress of the International Society for Biomedical Research on Alcoholism, Helsinki, Finland, June 1986.

ACADEMIC YEAR JULY 1, 1986 – JUNE 30, 1987

"Alcohol and Cannabis Dependence in Cocaine Dependence."  Paper presented for the Association for Medical Education and Research in Substance Abuse, Washington DC, November 1986.

"Cocaine Dependence."  Paper presented to the American Society of Addiction Medicine, Boston, Massachusetts, April 1987.

ACADEMIC YEAR JULY 1, 1987 – JUNE 30, 1988

"Diagnostic Blood Marker for Pharmacodynamic Tolerance to Alcohol."  Paper presented at the American Academy of Clinical Psychiatrists, Toronto, Canada, October 9, 1987.

"Histamine Blockade in Intolerance to Alcohol."  Poster. The American College of Clinical Pharmacologists, Philadelphia, Pennsylvania, October 16, 1987.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 56

GUEST LECTURES AND
SEMINARS AT OUTSIDE
INSTITUTIONS:

"The Prevalence of Alcohol Use in Cocaine Addicts."  Paper presentation at the Association for Medical Education and Research in Substance Abuse.  Washington DC, November 10-13, 1987.

Course:  First Annual New Jersey Medical Professionals Conference on Compulsive Addictive Disorders, Asbury Park, New Jersey, March 19, 1988.

"Recent Trends in Cocaine Addiction."  Presented at Grand Rounds, Philadelphia Psychiatric Center, Philadelphia, Pennsylvania, March 22, 1988.

"Use of Alcohol and Other Drugs in Cocaine Addicts." Paper presentation at the American Medical Society on Alcoholism and Other Drug Dependence, Inc., Washington DC, April 22, 1988.

"Alcohol and Drug Use and Family History in Cocaine Addicts."  Poster Session:  Society for Biological Psychiatry, Montreal, Canada, May 7, 1988.

"Drug Testing in Substance Dependence."  Course Presentation (with MS Gold):  American Psychiatric Association Meeting, Montreal, Canada, May 10, 1988.

ACADEMIC YEAR JULY 1, 1988 – JUNE 30, 1989

"Alcohol Use, Family History in Cocaine Addicts."  Paper Presentation:  American Academy of Clinical Psychiatry, Seattle, Washington, October 7, 1988.

"Family History of Alcohol Dependence in Cocaine Dependence."  Paper Presentation:  Association for Medical Education and Research in Substance Abuse, Rockville, Maryland, November 15-18, 1988.

"Over-the-counter Medications:  Use and Abuse."  Medical Grand Rounds, Carrier Foundation, Belle Mead, New Jersey, March 9, 1989.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 57

GUEST LECTURES AND
SEMINARS AT OUTSIDE
INSTITUTIONS:

"Alcohol and Drug Dependence."  Medical Grand Rounds,
Peekskill Community Hospital, Peekskill, New York
March 16, 1989.

"The Diagnosis of Alcohol Dependence in Cocaine Addicts
in an Inpatient Treatment Population."  Research Lecture:
AMSAODD Medical-Scientific Conference, Atlanta,
Georgia, April 28, 1989.

"Treatment Outcome at Six and Twelve Months for
Cocaine and Alcohol Dependence."  Research Lecture:
AMSAODD Medical-Scientific Conference, Atlanta,
Georgia, April 18, 1989.

Chair, Scientific Track.  AMSAODD Medical-Scientific
Conference:  Atlanta, Georgia, April 28, 1989.

"Aspects of Diagnosis and Treatment in Cocaine
Addiction."  Research Lecture:  University of Manitoba,
Canada, May 4, 1989.

"Biology of Cocaine Addiction."  Medical Grand Rounds,
University of Manitoba, Canada, May 5, 1989.

"Dual Diagnosis."  Medical Grand Rounds, Albert Einstein
College of Medicine, Bronx, New York.

ACADEMIC YEAR JULY 1, 1989 – JUNE 30, 1990

"Cocaine Addiction and Violence:  Epidemiology of Alcohol
Dependence."  Medical Grand Rounds, Tacoma Veterans
Administration Hospital, Tacoma, Washington, August 31
and September 1, 1989.

"Biology and Pharmacology of Cocaine Addiction."
Medical Grand Rounds, Minnesota Neurological Society,
Minneapolis, Minnesota, September 16, 1989.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 58

GUEST LECTURES AND
SEMINARS AT OUTSIDE
INSTITUTIONS:

"Cocaine and Violent Behavior."  Research Presentation: American Academy of Clinical Psychiatrists, St. Louis, Missouri, October 20, 1989.

"Cocaine and Violence."  Research Poster Presentation: Neuroscience, October 1989.

"Blood Marker for Alcoholism."  AMERSA Scientific Presentation:  Washington DC, November 11, 1989.

"Cocaine and Violent Behavior."  AMERSA Scientific Presentation:   Washington DC, November 11, 1989.

"Cocaine:  Use and Addiction."  Nordic School of Public Health, Goteborg, Sweden, January 25, 1990.

"Drug and Alcohol Problems Among Medical Students." Columbia University College of Physicians and Surgeons, New York, New York, April 4, 1990.

"Diagnosis and Treatment of Cocaine Addiction." Presentation:  Addiction Research Center, University of Pennsylvania, Philadelphia, Pennsylvania, July 1990.

"Legalization of Drugs:  A Debate."  New York University Law School, New York City, New York, April 10, 1990.

"Self-Administration Studies:  Models for Addiction." Symposium: American Society of Addiction Medicine, Boston, Massachusetts, April 20, 1990.

"Familial Drug and Alcohol Dependence in Cocaine Addicts."  Paper Presentation:  American Society of Addiction Medicine, Boston, Massachusetts, April 20, 1990.

"Principles of Drug Testing for Drug Abuse/Addiction." Workshop: American Society of Addiction Medicine, 21st Annual Meeting, Phoenix, Arizona, April 26-29, 1990.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 59

GUEST LECTURES AND
SEMINARS AT OUTSIDE
INSTITUTIONS:

"Cocaine Induced Violence-Update." Paper Presentation: American Society of Addiction Medicine, 21st Annual Meeting, Phoenix, Arizona, April 26-29, 1990.

"Erythrocyte Polarization Studies in Response to Ethanol." Paper Presentation:  American Society of Addiction Medicine, 21st Annual Meeting, Phoenix, Arizona, April 26-29, 1990.

"Violent Behavior Associated with Cocaine."  Society of Biological Psychiatry Meeting, New York, New York, May 10, 1990.

Cocaine Conference.  PRIDE.  Winnipeg, Ontario, Canada, May 11, 1990.

ACADEMIC YEAR JULY 1, 1990 – JUNE 30, 1991

"Violence in Cocaine Addiction."  Midwest Addictions Conference.  Detroit, Michigan, October 6, 1990.

"Biology and Pharmacology of Cocaine Addiction." Midwest Addictions Conference.  Detroit, Michigan, October 6, 1990.

"Treating Cocaine."  Workshop:  Midwest Addictions Conference. Detroit, Michigan, October 6, 1990.

"ICE (Crystal Methamphetamine):  Psychiatric and Pharmacologic Characteristics."  Boston, Massachusetts, October 12, 1990.

"Undergraduate Clinical Medical Education and Residency Training in Substance Abuse."  AMERSA, Washington DC, November 15-16, 1990.

"Cocaine Dependence:  Diagnosis and Familial Alcohol and Drug Dependence."  Association for Medical Education and Research in Substance Abuse.  Washington DC, November 16, 1990.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 60

GUEST LECTURES AND
SEMINARS AT OUTSIDE
INSTITUTIONS:

Review Course in Addiction Medicine.  American Society of Addiction Medicine, Atlanta, Georgia, November 17, 1990.

First Annual Symposium, American Academy of Psychiatrists in Alcoholism and Addictions.  Program Committee.  Santa Monica, California, December 1, 1990.

"The Relationship of Catecholamine Opiate Activity in Clinical Intoxication and Withdrawal."  The Medical Society of Virginia, Richmond, Virginia, December 8, 1990.

"Neurochemical Models of Addiction."  University of California-Davis, Martinez, Virginia.  Martinez, California, January 8, 1991.

"Neurochemical Models of Addiction."  Symposium on Pain Management.  Boston, Massachusetts, April 17, 1991.

"Benzodiazepine Addiction with Withdrawal:  Diagnosis and Clinical Management."  Ruth Fox Course, American Society of Addiction Medicine.  Boston, Massachusetts, April 18, 1991.

"Self-Administration Studies."  Symposium, American Society of Addiction Medicine.  Boston, Massachusetts, April 20, 1991.

"Familial Alcohol and Drug Dependence in Cocaine Dependence."  American Society of Addiction Medicine.  Boston, Massachusetts, April 20, 1991.

"Familial Alcohol Dependence in Cocaine Dependence:  A Comprehensive Review."  Biological Psychiatry Annual Meeting, New Orleans, Louisiana, May 11, 1991.

"Substance Dependence in Psychiatric Patients:  New Research."  American Psychiatric Association, New Orleans, Louisiana, May 14, 1991.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 61

GUEST LECTURES AND
SEMINARS AT OUTSIDE
INSTITUTIONS:

"Comorbidity in Drug and Alcohol Addiction."
Presentation:  Addiction Research Center, National
Institute of Drug Abuse.  Baltimore, Maryland, May 30,
1991.

"Familial Alcoholism and Drug Addiction:  A Current
Review."  Research Society on Alcoholism.  Marcos Island,
Florida, June 8, 1991.

ACADEMIC YEAR JULY 1, 1991 – JUNE 30, 1992

"Psychiatric Comorbidity:  Critical View."  Addiction
Research Center, National Institutes of Drug Abuse.
Baltimore, Maryland, November 14, 1991.

"Neurochemistry of Addiction."  Association for Medical
Education and Research on Substance Abuse (AMERSA).
Bethesda, Maryland, November 15, 1991.

"Substance Use Disorders in Psychiatric Populations."
Poster.  Association for Medical Education and Research
on Substance Abuse (AMERSA).  Bethesda, Maryland,
November 16, 1991.

"Psychiatric Comorbidity in Drug and Alcohol Addiction."
Evanston Hospital, Northwestern University, Evanston,
Illinois, January 21, 1992.

"Introduction to Alcohol/Drug Addiction."  101 Course.
American Society of Addiction Medicine, Washington DC,
April 3, 1992.

"Comorbidity of Psychiatric and Addictive Disorders."
American Society of Addiction Medicine, Washington DC,
April 4, 1992.

"Treatment Outcome and Matching."  Symposium:
American Society of Addiction Medicine, Washington DC,
April 4, 1992.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 62

GUEST LECTURES AND
SEMINARS AT OUTSIDE
INSTITUTIONS:

"Prevalence of Cocaine Use Among Teenagers."  Paper:  American Society of Addiction Medicine, Washington DC, April 3, 1992.

"AA Is Not for Everyone:  A Myth."  Symposium:  American Society of Addiction Medicine.  Washington DC, April 5, 1992.

"Dual Diagnosis:  Diagnosis and Treatment."  Tinley Park Hospital, Medical Staff.  Tinley Park, Illinois, April 16, 1992.

"Prevalence of Substance Use Disorders Among Psychiatric Inpatients."  Poster:  American Psychiatric Association, Washington DC, May 5, 1992.

Psychiatric Comorbidity in Alcohol/Drug Disorders."  Workshop:  American Psychiatric Association, Washington DC, May 5, 1992.

"Treatment of Alcoholism/Drug Addiction."  Talk:  Fort Wayne Hospital, Medical Staff.  Fort Wayne, Indiana, May 13, 1992.

"Epidemiology of Psychiatric and Alcohol/Drug Disorders."  Talk:  Reno Veterans Administration Medical Center, Reno Nevada, May 18, 1992.

"Treatment of Alcohol/Drug Addiction."  Grand Rounds, University of Illinois Hospital, Chicago, Illinois, May 28, 1992.

ACADEMIC YEAR JULY 1, 1992 – JUNE 30, 1993

"Cocaine Addiction Review Course."  American Society of Addiction Medicine, Chicago, Illinois, October 1992.

"The Disease Concept."  Talk and Panel:  Drug Policy Foundation, Washington DC, November 13, 1992.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 63

GUEST LECTURES AND
SEMINARS AT OUTSIDE
INSTITUTIONS:

"Treatment Effectiveness for Drug and Alcohol Addiction." The Italian Regional Medical Conference, Parma, Italy, November 11, 1992.

"Introduction to Alcohol/Drug Addiction." American Society of Addiction Medicine, Los Angeles, California, April 30, 1992.

"Prevalence of Comorbidity in VA Psychiatric Settings." American Society of Addiction Medicine, Los Angeles, California, May 1, 1993.

"Depression as a Predictor of Response to Addiction Treatment." American Society of Addiction, Los Angeles, California, May 1, 1993.

"Addictions-Multiple." American Society of Addiction Medicine, Los Angeles, California, May 2, 1993.

"Benzodiazepines: Efficacy and Liability." American Society of Addiction Medicine, Los Angeles, California, May 2, 1993.

"Addiction Treatment in Psychiatric Settings." Michael Reese Hospital, Grand Rounds, Chicago, Illinois, May 11, 1993.

"Relapse is Inevitable." Symposium: American Psychiatric Association, San Francisco, California, May 25, 1993.

"Myths About Addiction." Symposium: American Psychiatric Association, San Francisco, California, May 25, 1993.

"Depression in Treatment Outcome." Poster: American Psychiatric Association, San Francisco, California, May 26, 1993.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 64

GUEST LECTURES AND
SEMINARS AT OUTSIDE
INSTITUTIONS:

"Major Depression in Treated Addicts."  Poster:   American Psychiatric Association, San Francisco, California, May 26, 1993.

"Addiction Treatment in Psychiatric Settings."  Workshop: American Psychiatric Association, San Francisco, California, May 27, 1993.

"Treatment Models for Psychiatric Comorbidity in Addiction Disorders."  Grand Rounds, Michael Reese Hospital, Department of Psychiatry, Chicago, Illinois, November 9, 1993.

"Treating Coexisting Psychiatric and Addictive Disorders." Rush-Presbyterian/St. Luke's Medical Center, Chicago, Illinois, June 23-24, 1995.

ACADEMIC YEAR JULY 1, 1993 – JUNE 30, 1994

"Perspectives in Addiction Treatment."  Grand Rounds, Department of Psychiatry, University of Illinois at Chicago, Chicago, Illinois, September 15, 1993.

"Treatment Outcome for Abstinence-based Treatment." Academy of Clinical Psychiatrists, Chicago, Illinois, October 9, 1993.

"Addiction in Pregnancy."  Grand Rounds, Department of Obstetrics and Gynecology, University of Illinois at Chicago, Chicago, Illinois, October 11, 1993.

"Medical Complications of Drug and Alcohol Addiction." Grand Rounds, Department of Medicine, University of Illinois at Chicago, Chicago, Illinois, October 28, 1993.

"Depression by Drug Type."  Paper presented:  American Society of Addiction Medicine, New York, New York, April 4, 1994.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 65

GUEST LECTURES AND
SEMINARS AT OUTSIDE
INSTITUTIONS:

"Current Treatments 1994."  Symposium:  American Society of Addiction Medicine.  New York, New York, April 16, 1994.

ASAM Placement Criteria.  Course:  American Society of Addiction Medicine, New York, New York, April 17, 1994.

"Prevention for Alcohol and Drugs."  Office of Prevention, University of Illinois at Chicago, Chicago, Illinois, April 25, 1994.

"Treatment Outcome for Depressed Addicts."  Paper Presented:  American Psychiatric Association, Philadelphia, Pennsylvania, May 25, 1994.

"Depression in Drug Addicts."  Poster:  American Psychiatric Association, Philadelphia, Pennsylvania, May 25, 1994.

"Dual Diagnoses."  The Dual Diagnosis Conference, Orlando, Florida, May 11, 1994.

Office of National Drug Control Policy.  Member, Task Force for Drug Treatment, Washington DC, May 23, 1994.

"Depression According to Drug Types."  The College on Problems of Drug Dependence, 56th Annual Meeting. Palm Beach, Florida, June 19, 1994.

"Cocaine Addiction:  Current Treatments."  St. Thomas Psychiatric Hospital, London, Ontario, Canada, June 9, 1994.

ACADEMIC YEAR JULY 1, 1994 – JUNE 30, 1995

"Psychiatric Comorbidity."  Osler Course:  Chicago, Illinois, October 6, 1994.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 66

GUEST LECTURES AND
SEMINARS AT OUTSIDE
INSTITUTIONS:

"Medication Development."  Osler Course:  Chicago, Illinois, October 6, 1994.

"Cocaine Addiction."  Osler Course:  Chicago, Illinois, October 7, 1994.

"Outcome Research."  Osler Course:  Chicago, Illinois, October 7, 1994.

"Treatment Planning."  Osler Course:  Chicago, Illinois, October 7, 1994.

"Dual Diagnoses."  SECAD Preconference.  Atlanta, Georgia, November 29, 1994.

"Diagnosis and Treatment of Psychiatric and Addiction Disorders."  Lecture:  Ravenswood Hospital, Chicago, Illinois, March 24, 1995.

"Cocaine Addiction."  CSAT Linkage:  Chicago, Illinois, April 27, 1995.

"The Role of the Physician in Relapse Prevention." Symposium:  American Society of Addiction Medicine, Chicago, Illinois, April 28, 1995.

"Addiction Treatment in Psychiatric Settings."  Course: American Society of Addiction Medicine, Chicago, Illinois, April 28, 1995.

"Multivariate Analysis of Treatment Factors in Treatment Outcome."  Paper Session:  American Society of Addiction Medicine, Chicago, Illinois, April 29, 1995.

"Medication Development."  Course:  American Society of Addiction Medicine, Chicago, Illinois, April 29, 1995.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 67

GUEST LECTURES AND
SEMINARS AT OUTSIDE
INSTITUTIONS:

"The Integration of Pharmacological and Nonpharmacological Treatments in Addictive Illness." Symposium:  Chicago, Illinois, April 30, 1995.

"Pharmacology of Addictive Disorders."  Workshop: American Psychiatric Association, Miami, Florida, May 23, 1995.

"Principles of Addiction Treatment."  Workshop:  American Psychiatric Association, Miami, Florida, May 24, 1995.

"Lifetime Diagnosis of Major Depression as Multivariate Predictor of Treatment Outcome in Abstinence-based Treatment."  Poster:  American Psychiatric Association, Miami, Florida, May 25, 1995.

"Substance-related Disorders in Transplantation Patients." Poster:  American Psychiatric Association, Miami, Florida, May 25, 1995.

"The Integration of Pharmacology and Nonpharmacological Treatment for Addictive Disorder." Lecture:  28th Annual Haight-Ashbury Conference, San Francisco, California, June 19, 1995.

ACADEMIC YEAR JULY 1, 1995 – JUNE 30, 1996

"Dual Diagnosis Treatment."  Physician Training.  Talk: Department of Mental Health, Chicago, Illinois, July 14, 1995.

"Dual Diagnosis Management."  Talk:  Department of Mental Health, Chicago, Illinois, August 25, 1995.

"Addiction Management and Neurobiology of Addiction." Talk:  Pain Conference for Anesthesiologists, Milwaukee, Wisconsin, August 26, 1995.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 68

GUEST LECTURES AND
SEMINARS AT OUTSIDE
INSTITUTIONS:

"Cocaine:  Diagnosis and Treatment."  Talk:  Department of Mental Health, Chicago, Illinois, September 8, 1995.

"Treatment of Psychiatric Comorbidity."  Talk:  Florida Council for Mental Health.  Clearwater Beach, Florida, September 21, 1995.

"Pharmacotherapy of Addiction Disorders."  Talk:  Central Regional Dual Disorders Conference, Chicago, Illinois, September 30, 1995.

"The Disease Concept of Addiction and Dual Diagnosis and Treatment."  Reykjavik, Iceland, October 9-10, 1995.

"Pharmacotherapy of Anxiety, Depression, and Personality Disorders."  National Dual Diagnosis Conference, Las Vegas, Nevada, October 20, 1995.

"Are Alcohol/Drugs Mitigating Factors in Criminal Acts?" Department of Mental Health, Chicago, Illinois, October 25, 1995.

"Recent Advances in Addiction Psychiatry."  Grand Rounds, Evanston Hospital, Evanston, Illinois, October 31, 1995.

"Dual Diagnosis."  Plenary Session:  Illinois American Society of Addiction Medicine, Chicago, Illinois, November 10, 1995.

"Latest Developments in Treating Coexisting Psychiatric and Addictive Disorders."  Hazelden, West Palm Beach, Florida, December 1, 1995.

"Psychiatric Comorbidity:  Diagnosis and Treatment." Betty Ford Center, Rancho Mirage, California, December 6, 1995.

"Addiction Psychiatry: Recent Advances."  Grand Rounds, Department of Psychiatry, Loyola University Medical Center, Maywood, Illinois, January 11, 1996.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 69

GUEST LECTURES AND
SEMINARS AT OUTSIDE
INSTITUTIONS:

"Dual Diagnosis in Review."  American Medical Association Phoenix, Arizona, February 7, 1996.

"Addictions:  The Universal Condition."  Grand Rounds, Lutheran General Hospital, Park Ridge, Illinois, March 13, 1996.

"Addiction Treatment."  Eurocadd Iceland, Reykjavik, Iceland, April 10-13, 1996.

"Benzodiazepines:  Recent Advances."  Symposium: American Society of Addiction Medicine, Atlanta, Georgia, April 19, 1996.

"Vulnerability to Addictions."  Symposium:  American Society of Addition Medicine, Atlanta, Georgia, April 21, 1996.

"Diagnosis and Treatment of Addictions."  Department of Psychiatry, Lutheran General Hospital, Park Ridge, Illinois, April 24, 1996.

"Treatment of Comorbid Psychiatric and Addictive Disorders."  Grand Rounds, Department of Psychiatry, University of Chicago, Chicago, Illinois, May 20, 1996.

"The Neurobiology of Violence."  Haight Ashbury Free Clinics, 29th Anniversary Conference.  San Francisco, California, June 15, 1996.

ACADEMIC YEAR JULY 1, 1996 – JUNE 30, 1997

"General Approach to Alcohol and Drug Disorders."  Grand Rounds, Michael Reese Hospital, Department of General Medicine, Chicago, Illinois, September 19, 1996.

"Dual Diagnosis."  Symposium:  Psychiatric Institutes Annual Meeting, Chicago, Illinois, October 19, 1996.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 70

GUEST LECTURES AND
SEMINARS AT OUTSIDE
INSTITUTIONS:

"Models for Dual Diagnosis Treatment."  Poster: Psychiatric Institutes Annual Meeting, Chicago, Illinois, October 19, 1996.

"Dual Diagnosis."  Workshop:  Psychiatric Institutes Annual Meeting, Chicago, Illinois, October 22, 1996.

""Diagnosis and Treatment of Addictive and Psychiatric Comorbidity."  Grand Rounds, University of Wisconsin at Milwaukee, Milwaukee, Wisconsin, October 23, 1996.

"Psychiatric Comorbidity."  Talk:  SECAD Conference, Atlanta, Georgia, November 21, 1996.

"Neurobiology of Addictive Disorders."  Talk:  University of Connecticut, Department of Psychiatry, Farmington Connecticut, January 3, 1997.

"Benzodiazepine Addiction." Update on Addiction Medicine Conference, Self Memorial Hospital, Greenwood, South Carolina, February 22, 1997.

"Models for Dual Diagnosis."  Symposium:  Lehigh Valley Hospital, Allentown, Pennsylvania, March 7, 1997.

"Detoxification:  Case Reviews."  Seminar:  Osler Addiction Psychiatric Course, Chicago, Illinois, April 4, 1997.

"Treatment Outcome."  Lecture:  Osler Addiction Psychiatry Course, Chicago, Illinois, April 5, 1997.

"Cognitive Behavioral Therapy."  Lecture:  Osler Addiction Psychiatry Course.  Chicago, Illinois, April 8, 1997.

"Pharmacotherapy."  Lecture:  Osler Addiction Psychiatry Course, Chicago, Illinois, April 6, 1997.

"Neurobiology of Addictive Disorders."  Presentation: Kansas Wesleyan University, Salina, Kansas, April 11-12, 1997.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 71

GUEST LECTURES AND
SEMINARS AT OUTSIDE
INSTITUTIONS:

"Treatment Models for Dual Diagnosis."  Workshop:
American Society of Addiction Medicine, San Diego,
California, April 18, 1997.

"Outpatient Detoxification:  Benzodiazepines."
Symposium:  American Society of Addiction Medicine, San
Diego, California, April 20, 1997.

"The Progression of HIV Knowledge, Attitudes, and
Heterosexual Risk Behaviors of Drug and Alcohol Patients
Through Treatment."  Poster:  American Psychiatric
Association Annual Meeting, San Diego, California, May 20,
1997.

"Pharmacotherapy for Addictive Disorders."  Workshop:
American Psychiatric Association Annual Meeting, San
Diego, California, May 21, 1997.

"HIV Knowledge, Attitudes and Behaviors."  Poster:
College on Problems of Drug Dependence, Inc.  (CPDD)
Annual Scientific Meeting, Nashville, Tennessee, June 17,
1997.

ACADEMIC YEAR JULY 1, 1997 – JUNE 30, 1998

"Treatment of Addictive Disorders."  Talk:  SAA, Iceland,
October 14-17, 1997.

"Pharmacology of Addictive Disease."  Talk:  SAA, Iceland,
October 14-17, 1997.

"Treatment of Psychiatric Comorbidity."  Talk:  SAA,
Iceland, October 14-17, 1997.

"Abstinence-based Treatment."  Talk:  SAA, Iceland,
October 14-17, 1997.

"Treatment of Dual Diagnosis."  Talk:  Eastern Virginia
University, Norfolk, Virginia, November 7, 1997.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 72

GUEST LECTURES AND
SEMINARS AT OUTSIDE
INSTITUTIONS:

"New Advances in Addictive Disorders."  Grand Rounds, Michael Reese Hospital, Chicago, Illinois, November 11, 1997.

"Treatment of Addictive and Psychiatric Disorders."  Grand Rounds, Psychiatry Department, Michigan State University, East Lansing, Michigan, January 14, 1998.

"Diagnosis, Treatment and Prescription:  Psychiatric Interventives for individuals with Comorbid Mental Illness and Substance Abuse."  Texas Commission on Alcohol and Drug Abuse.  ComNet Audio Telecommunication Network, January 15, 1998.

"Treatment of Addictive Disorders."  Talk:  Course Director and Moderator for 1998 Chicago Medical Society Midwest Clinical Conference course in Addictive Disorders.  Chicago, Illinois, February 21, 1998.

"Coerced Addiction Treatment."  Symposium:  American Society of Addiction Medicine, New Orleans, Louisiana, April 17, 1998.

"Reinforcement in Addictions."  Symposium:  American Society of Addiction Medicine, New Orleans, Louisiana, April 18, 1998.

Discussant.  Workshop:  "Dual Diagnosis."  Chicago Research Consortium, Chicago, Illinois, April 17, 1998.

Domestic Violence Panel, Cook County Sixth Municipal District Course, Cook County, Illinois, May 8, 1998.

"Treatment Outcome in Addictions."  Mayo Clinic, Rochester, Minnesota, May 14, 1998.

"Dual Diagnosis Treatment."  Grand Rounds, Department of Psychiatry, University of Florida, Gainesville, Florida, May 26, 1998.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 73

GUEST LECTURES AND
SEMINARS AT OUTSIDE
INSTITUTIONS:

"Addictions in Psychiatric Populations."  Course:  American Psychiatric Association, Toronto, Canada, May 31, 1998.

ACADEMIC YEAR JULY 1, 1998 – JUNE 30, 1999

"Diagnosis, Treatment and Prescription:  Psychiatric Interventives for individuals with Comorbid Mental Illness and Substance Abuse."  Texas Commission on Alcohol and Drug Abuse. ComNet Audio Telecommunication Network, November 6, 1998.

"Prescribing and Managing Medication, Addiction, Anxiety and Depression:  The Common Triad. "  Third Annual William J. Bronne Addictions Conference, St. Francis Medical Center, Pittsburgh, Pennsylvania, November 13, 1998.

"Integrated Services for the Dually Diagnosed."  Department of Mental Health at Substance Abuse Services, Norman, Oklahoma, October 23, 1998.

"Addiction Disorders, Diagnosis and Treatment."  Chicago Medical Society, 1999 Midwest Clinical Conference, February 26-28, 1999.

"Benzodiazepine Addiction and Pharmacology," How to Write Right."  Wisconsin Society of Addiction Medicine, Fall Symposium.  Madison, Wisconsin, September 19, 1998.

"Dual Diagnosis and Treatment."  Grand Rounds, Department of Psychiatry, University of Florida, Gainesville, Florida, May 23, 1999.

Politics and Practices for Dual Diagnosis, "The Cutting Edge."  Illinois Psychiatric Society, Oakbrook, Illinois, October 9, 1998.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 74

GUEST LECTURES AND
SEMINARS AT OUTSIDE
INSTITUTIONS:

"Treatment of Persons with Mental Illness and Substance Abuse Disorders."  Professional Staff Organization In-service.  Clinton, Eaton, Ingham Mental Health, May 14, 1999.

"Detoxification and Relapse Prevention."  Southern Coastal Conference, Jekyll Island, Georgia, February 21, 1999.

"Evaluation Studies on Alcoholics Anonymous."  Research on AA Symposium with American Society on Addiction Medicine, New York, New York, May 1, 1999.

"Psychobiology of Addiction Prescribing Controlled Substances."  Clinical Considerations and Risk Management Workshop:  American Society of Addiction Medicine, New York, New York, April 30, 1999.

"Pharmacotherapy of Addictive Disorders."  Workshop: American Psychiatric Association Meeting, Washington DC, May 20, 1999.

"Psychobiology of Addictions Medications."  Prescribing Controlled Substances, Risk Management Workshop, May 18, 1999.

ACADEMIC YEAR JULY 1, 1999 – JUNE 30, 2000

"Office Based Assessment and Treatment of Addictive Disorders."  Association of Physicians of Indian Origin. Lecture:  Kellogg Center, East Lansing, Michigan, July 16, 1999.

"Treatment of Addictive Disorders:  Pharmacological Therapies and Relapse Prevention."  Lecture:  American Osteopathic Academy of Addiction Medicine.   San Francisco, California, October 27, 1999.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 75

GUEST LECTURES AND
SEMINARS AT OUTSIDE
INSTITUTIONS:

"Medical Education:  Where Are We and Where Should We Go?"  Lecture:  Illinois Society of Addiction Medicine, Annual Meeting, Chicago, Illinois, October 28, 1999.

"Methadone Maintenance Evaluation and Outcomes." Lecture:  Michigan Association of Community Mental Health Boards.  Kellogg Center, East Lansing, Michigan, November 17, 1999.

"Management of Withdrawal Syndromes in Drug and Alcohol Dependence." Lecture:  Department of Family Practice at Michigan State University, East Lansing, Michigan, February 22, 2000.

"Detoxification and Treatment."  Workshop:  Southern Coastal International Conference, Jekyll Island, Georgia, March 5, 2000.

"Biology of Addictive Disease."  Lecture:  Department of Psychiatry, Creighton University Medical School, Omaha, Nebraska, March 6, 2000.

"Pharmacology of Addictive Disease."  Lecture: Department of Psychiatry and Behavioral Sciences at University of Oklahoma Health Sciences Center, Oklahoma City, Oklahoma, March 30, 2000.

"New Advances in Addictive Disorders."  Lecture; Department of Psychiatry and Behavioral Sciences, University of Oklahoma Health Sciences Center, Oklahoma City, Oklahoma, March 30, 2000.

"Psychosocial Substance Abuse Treatment and Outcome Measures."  Department of Psychiatry and Behavioral Sciences at University of Oklahoma Health Sciences Center, Oklahoma City, Oklahoma, March 31, 2000.

"Drug and Alcohol Curricula in Medical Schools."  Paper Presentation:  American Society of Addiction Medicine Annual Conference, Chicago, Illinois, April 14, 2000.

CURRICULUM VITAE
Norman Stanley Miller, M.D., J.D.
Page 76


GUEST LECTURES AND
SEMINARS AT OUTSIDE
INSTITUTIONS:

"Introduction and Overview of Neuroimaging and
Craving."  Symposium on Neuroimaging, American Society
for Addiction Medicine, Chicago, Illinois, April 14, 2000.

"Diminished Capacity in Alcohol Intoxication."  Workshop:
American Psychiatric Association Annual Meeting, Chicago,
Illinois, May 14, 2000.

ACADEMIC YEAR JULY 1, 2000 – JUNE 30, 2001

"Pharmacotherapy for Addiction Disorders."  State of
Michigan, Ann Arbor, Michigan, July 24, 2000.

"Civil Law."  American Society of Addiction Medicine
Forensic Issues Course in Addiction Medicine, Washington
DC, November 30, 2000.