# REPORT FOLLOWING
# VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
|  |  |  |

**PARTIES**          Attendees

| Name | On Behalf Of |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Result:      Case settled in full - Final paperwork will be filed by:
             Mediation continuing - Date of Next Session
             Not settled - Mediation Completed     parties will file a motion for
                                                   approval of the settlement.

Dated: _____      /s/ _____

                                   Mediator