UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

BRETT MICHAEL PEPPER,
as next friend for M.P., a minor

    Plaintiff,

v

EDWARDSBURG PUBLIC SCHOOLS, RYAN MARKEL, KATIE VANBELLE, CODY ADKINS, DWAYNE ADKINS, and ~~FRANCES CORDELL~~,

    Defendants.

CASE NO. 1:20-CV-00583

HON. JANET T. NEFF

Matthew L. Wikander (P65160)
Charissa C. Huang (P75501)
SMITH HAUGHEY RICE & ROEGGE
Attorneys for Plaintiff
100 Monroe Center, N.W.
Grand Rapids, MI 49503
616-774-8000
mwikander@shrr.com
chuang@shrr.com

Mark Ostrowski (P49761)
Jessica Marie Stark (P80647)
KLUCZYNSKI GIRTZ & VOGELZANG
Attorneys for Defendants EPS, Ryan Markel & Katie Vanbelle
3033 Orchard Vista Drive, SE, Ste. 308
Grand Rapids, MI 49546-7077
(616) 459-0556
marko@kgvlaw.com
jesstark@kgvlaw.com

Justin L. Cole (P68139)
Kenneth Horjus (P52766)
SECREST & WARDLE
Attorneys for Defendant Cody Adkins
2025 E. Beltline Ave., SE, Ste. 600
Grand Rapids, MI 49546-7673
(616) 285-0143
jcole@secrestwardle.com

James A. Crocker (P74119)
KOPKA PINKUS DOLIN, PC
Attorneys for Defendant Dwayne Adkins
190 Monroe Avenue, Ste. 400
Grand Rapids, MI 49503
(248) 324-2620
jacrocker@kopkalaw.com

## BRIEF IN SUPPORT OF JOINT MOTION FOR LEAVE TO FILE JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENTS UNDER SEAL

    NOW COME the parties, through their counsel, SMITH HAUGHEY RICE & ROEGGE, KLUCZYNSKI GIRTZ & VOGELZANG, SECREST & WARDLE, and KOPKA PINKUS DOLIN, PC, and pursuant to L. Civ. R. 10.6, request this Court to grant leave to file the Joint

Motion for Approval of Settlement Agreements (ECF No. 67) and Brief in Support of Joint Motion for Approval of Settlement Agreements (ECF No. 68), under seal.  The parties further state as follows:

The parties engaged in voluntary facilitative mediation, at which time plaintiff negotiated a confidential settlement with defendants Cody and Dwayne Adkins.  Shortly after mediation, the plaintiff also negotiated a confidential settlement with Defendants, EPS, Katie VanBelle and Ryan Markel.  Pursuant to Local Rule 10.6(b), plaintiff has submitted the Joint Motion for Approval of Settlement Agreements (ECF No. 67) and Brief in Support of Joint Motion for Approval of Settlement Agreements (ECF No. 68) as "proposed sealed documents."

There is good cause for the Joint Motion for Approval of Settlement Agreements and Brief in Support of the same to be filed under seal.  The Joint Motion for Approval of Settlement Agreements and Brief in Support contain information that must remain confidential pursuant to the confidential settlement agreements, and the confidential settlement agreements also include terms that involve and impact M.P., a minor.  For these reasons, the Joint Motion for Approval of Settlement Agreements (ECF No. 67) and Brief in Support of Joint Motion for Approval of Settlement Agreements (ECF No. 68), should be filed under seal pursuant to L. Civ. R. 10.6.

WHEREFORE, the parties request that the Court grant leave to file the Joint Motion for Approval of Settlement Agreements (ECF No. 67) and Brief in Support of Joint Motion for Approval of Settlement Agreements (ECF No. 68), under seal.

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

SHRR\5395839v1

| | |
|---|---|
| Date: December 14, 2021 | By: */s/ Charisa C. Huang*<br>Matthew L. Wikander (P65160)<br>Charissa C. Huang (P75501)<br>SMITH HAUGHEY RICE & ROEGGE<br>Attorneys for Plaintiff<br>100 Monroe Center, N.W.<br>Grand Rapids, MI 49503<br>616-774-8000<br>mwikander@shrr.com<br>chuang@shrr.com |
| Date: December 14, 2021 | By: */s/ Mark Ostrowski (with permission)*<br>Mark Ostrowski (P49761)<br>Jessica Marie Stark (P80647)<br>KLUCZYNSKI GIRTZ & VOGELZANG<br>Attorneys for Defendants EPS, Ryan Markel & Katie Vanbelle<br>3033 Orchard Vista Drive, SE, Ste. 308<br>Grand Rapids, MI 49546-7077<br>(616) 459-0556<br>marko@kgvlaw.com |
| Date: December 14, 2021 | By: */s/ Justin L. Cole (with permission)*<br>Justin L. Cole (P68139)<br>Kenneth Horjus (P52766)<br>SECREST & WARDLE<br>Attorneys for Defendant Cody Adkins<br>2025 E. Beltline Ave., SE, Ste. 600<br>Grand Rapids, MI 49546-7673<br>(616) 285-0143<br>jcole@secrestwardle.com |
| Date: December 14, 2021 | By: */s/ James A. Crocker (with permission)*<br>James A. Crocker (P74119)<br>KOPKA PINKUS DOLIN, PC<br>Attorneys for Defendant Dwayne Adkins<br>190 Monroe Avenue, Ste. 400<br>Grand Rapids, MI 49503<br>(248) 324-2620<br>jacrocker@kopkalaw.com |