UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRETT MICHAEL PEPPER,
as next friend of M.P., a minor,

    Plaintiff,

v.

EDWARDSBURG PUBLIC SCHOOLS, et al.,

    Defendants.
_____/

Case No. 1:20-cv-583

HON. JANET T. NEFF

## ORDER

The matter is before the Court on the parties' Joint Motion for Approval of Settlement Agreements (ECF No. 73). Because the settlement involves a minor, the Court must make an independent determination whether the settlement is in the minor's best interest. *See Green v. Nevers*, 111 F.3d 1295, 1301 (6th Cir. 1997). On today's date, the Court held a hearing on the Joint Motion. Having reviewed the proposed settlement agreements and being fully advised in the premises, the Court finds that the settlement agreements are fair, reasonable, and in the best interest of the minor, M.P.

Therefore,

**IT IS HEREBY ORDERED** that the Joint Motion for Approval of Settlement Agreements (ECF No. 73) is **GRANTED**.

**IT IS FURTHER ORDERED** that the settlement agreement between Plaintiff and Defendants Edwardsburg Public School, Katie VanBelle, and Ryan Markel is **APPROVED**.

**IT IS FURTHER ORDERED** that the settlement agreement between Plaintiff and Defendants Cody Adkins and Dwayne Adkin is **APPROVED**.

**IT IS FURTHER ORDERED** the settlement payments to M.P. shall be temporarily held in Plaintiff's attorneys' IOLTA trust account, pending M.P. reaching 18 years of age on June 27, 2022, at which time Plaintiff's attorneys shall disburse the settlement payments to M.P.

**IT IS FURTHER ORDERED** that this case shall be **DISMISSED** with prejudice as to all Defendants.

This is a Final Order and closes the case.

Dated: May 25, 2022

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge